# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>John P. Melchior | : | CHAPTER __7__ |
| | : | CASE NO. 5 - 15 -bk- 04083 |
| Debtor(s) | : | |
| | : | ADVERSARY NO. __-__ -ap-_____<br>(if applicable) |
| Plaintiff(s)/Movant(s)<br>vs. | : | Nature of Proceeding: _____<br>Hrg on Motion to Approve Settlment |
| Defendant(s)/Respondent(s) | : | Document #: _____ |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Debtor requests a brief continuance in order for expert witness to properly prepare for testimony at hearing. Chapter 7 Trustee concurs in this request.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 8/17/2016

/s/John J. Martin

Attorney for Debtor John P. Melchior

Name: John J. Martin, Esquire

Phone Number: 570-253-6988

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.