```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 15-04083-JJT
John P. Melchior                                                    Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini            Page 1 of 1              Date Rcvd: Dec 15, 2016
                              Form ID: pdf010           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2016.
db           +John P. Melchior,   101 Azalea Court,   Milford, PA 18337-7148
aty          +Law Office of Mark J. Conway PC,   502 South Blakely Street,   Dunmore, PA 18512-2237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2016 at the address(es) listed below:
              John J. Martin    on behalf of Debtor John P. Melchior jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net
              Joshua I Goldman    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark J. Conway (Trustee)     PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
JOHN P. MELCHIOR : Case No. 5-15-bk-04083-JJT
: Chapter 7
DEBTOR(S) :

### ORDER GRANTING MOTION TO CONTINUE HEARINGS
### WITH CONCURRENCE OF CHAPTER 7 TRUSTEE

Upon consideration of the foregoing Motion and good cause having been shown, it is

ORDERED, that the above captioned Motion for Continuance with Concurrence is hereby GRANTED. Hearings on the objection to exemptions and to approve settlement are scheduled for March 21, 2017 , Max Rosenn Courthouse Wilkes-Barre, PA., court room 2. at 9:30 AM

Dated: December 15, 2016

By the Court,

*[signature]*

John J. Thomas, Bankruptcy Judge
(RPR)