**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John P. Melchior <br> <u>Debtor(s)</u> | BKY. NO. 15-04083 JJT <br><br> CHAPTER 7 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Bank of America, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3248

                      Respectfully submitted,

                      <u>**/s/ Thomas Puleo**</u>
                      Thomas Puleo, Esquire
                      James C. Warmbrodt, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 825-6306  FAX (215) 825-6406
                      Attorney for Movant/Applicant