In re:                                                    Case No. 15-04083-JJT
John P. Melchior                                          Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini          Page 1 of 1          Date Rcvd: Jan 20, 2017
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2017.
aty           +Law Office of Mark J. Conway PC,    502 South Blakely Street,    Dunmore, PA 18512-2237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2017 at the address(es) listed below:
          John J. Martin    on behalf of Debtor John P. Melchior  jmartin@martin-law.net,
           kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net
          Joshua I Goldman    on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Mark J. Conway (Trustee)    PA40@ecfcbis.com,
           mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
          Thomas I Puleo    on behalf of Creditor   Bank of America, N.A. tpuleo@goldbecklaw.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

::::::::::::::::::::::::::::::::::::::::::::::::::::::

IN RE:                          :    CASE NO. 5-15-bk-04083-JJT
                                :
JOHN P. MELCHIOR,               :    CHAPTER 7
                                :
                      DEBTOR.   :
::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**UPON** consideration of the Application of Mark J. Conway, Trustee ("Trustee") in the above estate, requesting authority to employ Michael Ranis, Esquire, and the Foulke Law Firm, as Special Litigation Counsel to assist the Trustee and Trustee's counsel in recovery of funds relative to a pending FINRA arbitration with respect to claims of age discrimination, wrongful terminations and other potential causes of action relating to termination of the Debtor, and as it appears no objections have been made to the appointment and the appointment appears to be in the best interest of the Estate, it is

**HEREBY ORDERED AND DECREED** that the said Mark J. Conway, Trustee, be and hereby is authorized to employ Michael Ranis, Esquire, of the Foulke Law Firm, as Special Litigation Counsel to be a paid a one-third (1/3) contingency fee, a customary rate for similar services rendered in this area, plus reasonable costs and expenses, after application to the Court for approval.

By the Court,

Dated: January 20, 2017

_____
John J. Thomas, Bankruptcy Judge
(CG)

* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel,* 124 F.3d 567 (3rd Cir. 1997).