IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

::::::::::::::::::::::::::::::::::::::::::::::::::::

IN RE: : CASE NO. 5-15-04083-JJT
:
JOHN P. MELCHIOR, : CHAPTER 7
:
DEBTOR. :

::::::::::::::::::::::::::::::::::::::::::::::::::::

**PRAECIPE TO WITHDRAW TRUSTEE'S APPLICATION TO APPROVE FINRA SETTLEMENT AND PAY SPECIAL COUNSEL FEES AND EXPENSES**

To the Clerk:

      Kindly withdraw the Trustee's Application to Approve FINRA Arbitration Settlement and Pay Special Counsel Fees and Expenses filed in the above-captioned action on June 22, 2016, (Dkt. No. 55). Debtor's counsel, John J. Martin, Esquire, consents to said withdrawal.

                                    **LAW OFFICES OF MARK J. CONWAY, P.C**

                                    /s/ Mark J. Conway
                                    Mark J. Conway, Trustee
                                    502 S. Blakely Street
                                    Dunmore, PA 18512
                                    Phone (570) 343-5350
                                    Fax (570) 343-5377
                                    Counsel for Chapter 7 Trustee

DATED: March 10, 2017

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-15-04083-JJT |
| JOHN P. MELCHIOR, | : | CHAPTER 7 |
| DEBTOR. | : | |

## CERTIFICATE OF SERVICE

I, Constance Norvilas, Paralegal hereby certify that I have caused to be served this 10th day of March, 2017, a true and correct copy of the Trustee's Withdrawal of Trustee's Application to Approve FINRA Settlement and Pay Counsel Fees and Expenses using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addressed:

U.S. Trustee
Middle District of PA
228 Walnut Street
Room 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov

John J. Martin, Esquire
Law Offices John J. Martin
1022 Court Street
Honesdale, PA 18431
570 253-6899
jmartin@martin-law.net

Kelly A Pressler, Esquire
Jacobowitz and Gubits LLP
158 Orange Avenue
Walden, NY 12586
kap@jacobowitz.com

**LAW OFFICES OF MARK J. CONWAY, P.C.**

<u>/s/ Constance Norvilas</u>
Constance Norvilas, Paralegal
502 South Blakely Street
Dunmore, PA 18512
Telephone (570) 343-5350
Facsimile (570) 343-5377