IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-15-04083-JJT |
| JOHN P. MELCHIOR, | : | CHAPTER 7 |
| DEBTOR. | : | |

## CHAPTER 7 TRUSTEE'S MOTION TO
## CONTINUE HEARING WITH CONCURRENCE

**TO THE HONORABLE JOHN J. THOMAS, BANKRUPTCY JUDGE:**

**AND NOW COMES,** Mark J. Conway, Chapter 7 Trustee of the Estate of John P. Melchior, by and through his undersigned counsel, hereby requesting an Order continuing the hearing scheduled for March 21, 2017, and, in support thereof, respectfully represents as follows:

### BACKGROUND

1. Debtor filed a Voluntary Petition for relief under Chapter 7 of the United States Bankruptcy Code on September 23, 2015.

2. Mark J. Conway is the Chapter 7 Trustee for the Estate of John P. Melchior (the "Trustee"), having been duly appointed in the above-captioned case on September 23, 2015.

3. On or about June 22, 2016, the Trustee filed an Application to Approve Settlement of FINRA Arbitration and Pay Counsel Fees and Expenses (Dkt. No. 55).

4. On or about July 5, 2016, an Objection to the aforementioned Application was filed on behalf of Debtor, and a hearing was scheduled for August 18, 2016 (Dkt. No. 58).

5. On August 4, 2016, the Trustee filed an Objection to Debtor's Exemptions (Dkt. No. 60).

6. On August 17, 2016, Debtor's counsel filed a Request to Continue Hearing/Trial With Concurrence (Dkt. No. 63), and subsequently, an Order issued scheduling a hearing for September 22, 2016.

7. On September 20, 2016, Debtor's counsel filed a Motion to Continue the hearing, and subsequently, an Order issued granting said motion and scheduling a hearing on both the Application for Approval of Settlement and the Trustee's Objection to Debtor's Exemptions for October 20, 2016 (Dkt. Nos. 66 and 67).

8. On October 18, 2016, Trustee's counsel filed a Motion to Continue the hearing, and subsequently, an Order issued granting said motion and scheduling a hearing on both the Application for Approval of Settlement and the Trustee's Objection to Debtor's Exemptions for November 22, 2016 (Dkt. Nos. 68 and 69).

9. On November 21, 2016, Debtor's counsel filed a Motion to Continue the hearing, and subsequently, an Order issued granting said motion and scheduling a hearing on both the Application for Approval of Settlement and the Trustee's Objection to Debtor's Exemptions for December 20, 2016 (Dkt. Nos. 70 and 71).

10. On December 15, 2016, Debtor's counsel filed a Motion to Continue the hearing, and subsequently, an Order issued granting said motion and scheduling a hearing on both the Application for Approval of Settlement and

the Trustee's Objection to Debtor's Exemptions for March 21, 2017 (Dkt. Nos. 72 and 73).

11. An Application to Employ new Special Counsel was filed on behalf of the Trustee on January 12, 2017, and subsequent thereto, on January 20, 2017 an Order issued granting said employment (Dkt. Nos. 76 and 77).

12. On March 10, 2017, the Trustee filed a Withdrawal of Trustee's Application to Approve FINRA Arbitration Settlement and Payment of Counsel Fees and Expenses (Dkt. No. 79) relative to the settlement procured by previous special counsel, as newly employed special counsel believes that a substantially higher settlement may be attainable. Accordingly, the hearing set for March 21, 2017, on said matter is unnecessary at this time.

13. In regard to the Trustee's Objection to Exemptions, the Trustee hereby requests a one hundred and twenty (120) day continuance of the hearing scheduled for March 21, 2017, in order to continue settlement negotiations with Debtor's counsel.

14. Debtor's counsel concurs with the Trustee's request for continuance of the March 21, 2017 hearing.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order, granting a continuance of the hearing set on the Chapter 7 Trustee's Objection to Debtor's Exemptions and for such other and further relief as is just and proper.

**LAW OFFICES OF MARK J. CONWAY, P.C.**

/s/ Mark J. Conway
MARK J. CONWAY, ESQ.
502 South Blakely Street
Dunmore, PA 18512
(570) 343-5350

Counsel for Defendant

Dated: March 10, 2017

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

::::::::::::::::::::::::::::::::::::::::::::::::::
IN RE: : CASE NO. 5-15-04083-JJT
:
JOHN P. MELCHIOR, : CHAPTER 7
:
DEBTOR. :
::::::::::::::::::::::::::::::::::::::::::::::::::

## CERTIFICATE OF SERVICE

I, Constance Norvilas, Paralegal, hereby certify that on this 10th day of March, 2017, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addressed:

U.S. Trustee
Middle District of PA
228 Walnut Street
Room 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov

John J. Martin, Esquire
Law Offices of John J. Martin
1022 Court Street
Honesdale, PA 18431
jmartin@martin-law.net

**LAW OFFICES OF MARK J. CONWAY, P.C.**

/s/ Constance Norvilas
Constance Norvilas, Paralegal
502 S. Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-15-04083-JJT |
| JOHN P. MELCHIOR, | : | CHAPTER 7 |
| DEBTOR. | : | |

### ORDER GRANTING MOTION TO CONTINUE HEARING

Upon consideration of the **CHAPTER 7 TRUSTEE'S MOTION TO CONTINUE HEARING** and good cause having been shown, it is hereby

**ORDERED** that the above captioned Motion for Continuance with Concurrence be and is hereby granted, and the hearing scheduled for March 21, 2017 at 9:30 A.M. is hereby continued to