```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 15-04083-JJT
John P. Melchior                                                Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5            User: PRadginsk            Page 1 of 1            Date Rcvd: Sep 01, 2017
                                Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2017.
db          +John P. Melchior,   101 Azalea Court,   Milford, PA 18337-7148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2017                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2017 at the address(es) listed below:
             John J. Martin    on behalf of Debtor John P. Melchior jmartin@martin-law.net,
              kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net;r59891@notify.bestcase.com
             Joshua I Goldman    on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             Mark J. Conway (Trustee)    PA40@ecfcbis.com,
              mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
             Thomas I Puleo    on behalf of Creditor   Bank of America, N.A. tpuleo@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                        TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 5-15-04083-JJT |
| JOHN P. MELCHIOR, | CHAPTER 7 |
| DEBTOR. | |

### ORDER GRANTING MOTION TO CONTINUE HEARING

Upon consideration of the **CHAPTER 7 TRUSTEE'S MOTION TO CONTINUE HEARING** and good cause having been shown, it is hereby

**ORDERED** that the above captioned Motion for Continuance with Concurrence be and is hereby granted, and the hearing scheduled for September 7, 2017 at 9:30 A.M. is hereby continued to **January 4, 2018 @ 9:30 am, Bankruptcy Courtroom No. 2, 197 S. Main Street, Wilkes-Barre, PA.**

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(PJR)

Dated: September 1, 2017