```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                    Case No. 15-04083-JJT
John P. Melchior                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini              Page 1 of 1              Date Rcvd: Jul 18, 2018
                              Form ID: pdf010             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db             +John P. Melchior,    101 Azalea Court,    Milford, PA 18337-7148
aty            +Law Office of Mark J. Conway PC,    502 South Blakely Street,    Dunmore, PA 18512-2237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
              John J. Martin    on behalf of Debtor 1 John P. Melchior jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net;r598
               91@notify.bestcase.com
              Joshua I Goldman    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark J. Conway (Trustee)    PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              Raymond M Kempinski    on behalf of Creditor    Specialized Loan Servicing, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Thomas I Puleo    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 5-15-04083-JJT |
| JOHN P. MELCHIOR, | CHAPTER 7 |
| DEBTOR. | |

**ORDER GRANTING MOTION TO CONTINUE HEARING**

Upon consideration of the **CHAPTER 7 TRUSTEE'S MOTION TO CONTINUE HEARING** and good cause having been shown, it is hereby

**ORDERED** that the above captioned Motion for Continuance with Concurrence be and is hereby granted, and the hearing scheduled for July 19, 2018 at 9:30 A.M. is hereby continued to December 20, 2018.

Dated: July 18, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)