# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CASE NO. 5-15-04083-JJT |
| : | |
| JOHN P. MELCHIOR, : | CHAPTER 7 |
| : | |
| DEBTOR. : | |

## TRUSTEE'S CERTIFICATION OF NO OBJECTION OR ANSWER TO CHAPTER 7 TRUSTEE'S APPLICATION TO APPROVE STIPULATION

The Chapter 7 Trustee, Mark J. Conway, Esquire, hereby certifies that there has been no response or answer to the Chapter 7 Trustee's Application to Approve Stipulation (Dkt. No. 107) in the above-captioned matter. Accordingly, the Trustee respectfully requests this Court to issue the appropriate Order.

**LAW OFFICES OF MARK J. CONWAY, P.C.**

/s/ Mark J. Conway
MARK J. CONWAY, ESQ.
502 South Blakely Street
Dunmore, PA 18512
(570) 343-5350

Dated: March 15, 2019　　　　Counsel for Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 5-15-04083-JJT |
| JOHN P. MELCHIOR, | CHAPTER 7 |
| DEBTOR. | |

### CERTIFICATE OF SERVICE

I, Constance Norvilas, Paralegal, hereby certify that on this 15th day of March, 2019, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addressed:

U.S. Trustee
Middle District of PA
228 Walnut Street
Room 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov

John J. Martin, Esquire
Law Offices of John J. Martin
1022 Court Street
Honesdale, PA 18431
jmartin@martin-law.net

**LAW OFFICES OF MARK J. CONWAY, P.C.**

/s/ Constance Norvilas
Constance Norvilas, Paralegal
502 South Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377