```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                            Case No. 15-04083-RNO
John P. Melchior                                                  Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini            Page 1 of 1         Date Rcvd: Mar 20, 2019
                              Form ID: pdf010           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2019.
aty            +Law Office of Mark J. Conway PC,   502 South Blakely Street,   Dunmore, PA 18512-2237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2019 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Specialized Loan Servicing, LLC
               ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              John J. Martin    on behalf of Debtor 1 John P. Melchior jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
              Joshua I Goldman    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark J. Conway (Trustee)    PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              Raymond M Kempinski    on behalf of Creditor    Specialized Loan Servicing, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Thomas I Puleo    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CASE NO. 5-15-04083-RNO |
| JOHN P. MELCHIOR, : | CHAPTER 7 |
| DEBTOR. : | |

### ORDER

**Upon** consideration of the Chapter 7 Trustee's Application to Approve Stipulation of Settlement in the above-captioned matter, and after notice to all parties entitled to notice, it is hereby **ORDERED** and **DECREED** that the referenced Stipulation and settlement as set forth therein is hereby **APPROVED.**

Dated: March 20, 2019

By the Court,

*/s/ Robert N. Opel, II*

Robert N. Opel, II, Chief Bankruptcy Judge (DG)