IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                  Case No. 15-04083-RNO
                                                                          Chapter 7

JOHN P. MELCHIOR

Debtor(s).

## NOTICE OF APPEARANCE

**MEB Loan Trust IV**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:      _/s/ Christopher M. McMonagle, Esquire_
           Christopher M. McMonagle, Esquire
           Bar No: 316043
           Stern & Eisenberg, PC
           1581 Main Street, Suite 200
           The Shops at Valley Square
           Warrington, PA 18976
           Phone: (215) 572-8111
           Fax: (215) 572-5025
           cmcmonagle@sterneisenberg.com
           Attorney for Creditor

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 14th day of November 2019, to the following:

John J. Martin
Law Offices John J. Martin
1022 Court Street
Honesdale, PA 18431
jmartin@martin-law.net
***Attorney for Debtor(s)***

Mark J. Conway
502 South Blakely Street
Dunmore, PA 18512
mjc@mjconwaylaw.com
***Chapter 7 Trustee***

Asst. U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
***U.S. Trustee***

and by standard first-class mail postage prepaid to:

John P. Melchior
101 Azalea Court
Milford, PA 18337
***Debtor(s)***

            By:  */s/Christopher M. McMonagle, Esquire*