In re:                                                          Case No. 15-04083-RNO
John P. Melchior                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Jan 16, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
aty            +Law Office of Mark J. Conway PC,    502 South Blakely Street,    Dunmore, PA 18512-2237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    Specialized Loan Servicing, LLC
           ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
          Christopher M. McMonagle    on behalf of Creditor    MEB Loan Trust IV
           cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
          John J. Martin    on behalf of Debtor 1 John P. Melchior jmartin@martin-law.net,
           kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
           l@notify.bestcase.com
          Joshua I Goldman    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Mark J. Conway (Trustee)    PA40@ecfcbis.com,
           mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
          Raymond M Kempinski    on behalf of Creditor    Specialized Loan Servicing, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Thomas I Puleo    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                   TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 5-15-04083-RNO** |
| | : | **CHAPTER 7** |
| **JOHN P. MELCHIOR,** | : | |
| | : | |
| **DEBTOR.** | | |

## ORDER

**UPON** consideration of the Second Application of Mark J. Conway, Trustee ("Trustee") in the above estate, requesting authority to employ Michael Ranis, Esquire, as Special Litigation Counsel to assist the Trustee and Trustee's counsel in recovery of funds relative to a pending FINRA arbitration with respect to claims of age discrimination, wrongful terminations and other potential causes of action relating to termination of the Debtor, and as it appears no objections have been made to the appointment and the appointment appears to be in the best interest of the Estate, it is

**HEREBY ORDERED AND DECREED** that the said Mark J. Conway, Trustee, be and hereby is authorized to employ Michael Ranis, Esquire, as Special Litigation Counsel to be a paid a one-third (1/3) contingency fee, a customary rate for similar services rendered in this area, plus reasonable costs and expenses, after application to the Court for approval.

\* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate.  Such compensation is dependent on the consideration of a final application for fees.  *In re Engel*, 124 F.3d 567 (3rd Cir. 1997).

Dated:   January 15, 2020

By the Court,

_____

Robert N. Opel, II, Bankruptcy Judge  BI