IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-15-04083-PMM |
| | : | |
| JOHN P. MELCHIOR, | : | CHAPTER 7 |
| | : | |
| DEBTOR. | : | |

## AMENDED CERTIFICATE OF SERVICE

I, Constance Norvilas, Paralegal, hereby certify that on the 8th day of July, 2021, I electronically filed the Chapter 7 Trustee's Second Application to Approve Settlement of FINRA Arbitration and Pay Debtor's Exemption with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addressed:

U.S. Trustee
Middle District of PA
228 Walnut Street
Room 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov


John J. Martin, Esquire
Law Offices John J. Martin
1022 Court Street
Honesdale, PA 18431
570 253-6899
jmartin@martin-law.net

and I hereby certify that on the 8th day of July, 2021, I mailed a true and correct copy of the Chapter 7 Trustee's Notice to Creditors and All Parties-In-Interest of Chapter 7 Trustee's Second Application to Approve Settlement of FINRA Arbitration and to Pay

Debtor's Exemption by United States Postal Service via first class mail with postage prepaid thereon, to the following parties listed on the attached mailing matrix.

**LAW OFFICES OF MARK J. CONWAY, P.C.**

/s/ Constance Norvilas
Constance Norvilas, Paralegal
502 South Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:15-bk-04083-PMM<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Thu Jul  8 12:44:32 EDT 2021 | AMEX DSNB<br>PO BOX 8218<br>MASON, OH 45040-8218 | Atlantic Health System<br>PO Box 35610<br>Newark, New Jersey 07193-5610 |
| BK OF AMER<br>9000 SOUTHSIDE BLVFL9-600-02-15<br>FL9-600-02-15<br>JACKSONVILLE, FL 32256-0793 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BRCLYSBANKDE<br>P.O. BOX 8803<br>WILMINGTON, DE 19899-8803 |
| BRKSB/CBNA<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 | BRKSBCBNA<br>P.O. BOX 6497<br>SIOUX FALLS, SD 57117-6497 | Bank of America, N.A.<br>Bank of America, N. A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 |
| Bon Secours Community Hospital<br>PO Box 742791<br>Atlanta, Georgia 30374-2791 | Buckley Madole, P.C.<br>9441 LBJ Freeway, Suite 250<br>Dallas TX 75243-4640 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| CITI<br>POB 6241<br>SIOUX FALLS, SD 57117-6241 | Mark J. Conway<br>Law Offices of Mark J Conway PC<br>502 South Blakely Street<br>Dunmore, PA 18512-2237 | Mark J. Conway (Trustee)<br>502 South Blakely Street<br>Dunmore, PA 18512-2237 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | FIA CS<br>PO BOX 982238<br>EL PASO, TX 79998-2238 |
| FNB OMAHA<br>P.O. BOX 3412<br>OMAHA, NE 68197-0001 | (p)PERI GARITE<br>ATTN CARD WORKS<br>101 CROSSWAYS PARK DR W<br>WOODBURY NY 11797-2020 | Alexandra Teresa Garcia<br>McCabe, Weisberg & Conway, P.C.<br>123 South Broad Street<br>Suite 1400<br>Philadelphia, PA 19109-1060 |
| Joshua I Goldman<br>Padgett Law Group<br>6267 Old Water Oak Rd.<br>Ste 203<br>Tallahassee, FL 32312-3858 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Raymond M Kempinski<br>McCabe, Weisberg & Conway<br>123 S. Broad Street<br>Suite 1400<br>Philadelphia, PA 19109-1060 | MEB Loan Trust IV<br>c/o Stern & Eisenberg, PC<br>1581 Main Street<br>Suite 200<br>The Shops at Valley Square<br>Warrington, PA 18976-3403 | MEB Loan Trust IV<br>c/o Select Portfolio Servicing, Inc.<br>3217 S. Decker Lake Dr.<br>Salt Lake City, UT 84119-3284 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | MERRICK BK<br>POB 9201<br>OLD BETHPAGE, NY 11804-9001 | MERS<br>PO Box 202<br>Flint, Michigan 48501-0202 |

| | | |
|---|---|---|
| John J. Martin<br>Law Offices John J. Martin<br>1022 Court Street<br>Honesdale, PA 18431-1925 | Christopher M. McMonagle<br>Timoney Knox, LLP<br>400 Maryland Drive<br>P.O. Box 7544<br>Fort Washington, PA 19034-7544 | John P. Melchior<br>101 Azalea Court<br>Milford, PA 18337-7148 |
| Mercedes Benz Financial<br>PO Box 997542<br>Sacramento, California 95899-7542 | Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | NATIONSTAR<br>350 HIGHLAND<br>HOUSTON, TX 77009-6623 |
| PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Medical Group of the Hudson Vall<br>243 North Road Suite 304<br>Poughkeepsie, New York 12601-1173 | Premier Medical Group of the Hudson Valley,<br>243 North Road<br>Suite 304<br>Poughkeepsie, NY 12601-1173 | Thomas I Puleo<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| SYNCB/CARECR<br>C/O PO BOX 965036<br>ORLANDO, FL 32896-0001 | SYNCB/WALMAR<br>PO BOX 965024<br>EL PASO, TX 79998 | THD/CBNA<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | WELLS FARGO<br>CREDIT BUREAU DISPPO BOX 14517<br>PO BOX 14517<br>DES MOINES, IA 50306-3517 | WELLS FARGO BANK, N.A.<br>MAC F8235-02F<br>PO BOX 10438<br>DES MOINES, IA 50306-0438 |
| WF/PCM<br>P.O. BOX 94435<br>ALBUQUERQUE, NM 87199-4435 | Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br>Des Moines, IA 50328-0001 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BK OF AMER<br>PO BOX 982235<br>EL PASO, TX 79998 | (d)BK OF AMER<br>PO BOX 982238<br>EL PASO, TX 79998 | CHASE<br>P.O. BOX 15298<br>WILMINGTON, DE 19850 |
| DSNB MACYS<br>PO BOX 8218<br>MASON, OH 45040 | First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197 | Internal Revenue Service<br>228 Walnut St.<br>Harrisburg, Pennsylvania 17101 |

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, N.A.

(d)Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

(u)Specialized Loan Servicing, LLC

End of Label Matrix
Mailable recipients  49
Bypassed recipients   3
Total                52