United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>John P. Melchior<br>    Debtor | Case No. 15-04083-HWV<br>Chapter 7 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 08, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Sheils Law Associates, P.C., 108 North Abington Road, Clarks Summit, PA 18411-2505 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 10, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Specialized Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Christopher M. McMonagle | on behalf of Creditor MEB Loan Trust IV cmcmonagle@timoneyknox.com bkecf@sterneisenberg.com |
| John J. Martin | on behalf of Debtor 1 John P. Melchior jmartin@martin-law.net<br>kmartin@martin-law.net;sseana@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| Joshua I Goldman | on behalf of Creditor Bank of America N.A. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Raymond M Kempinski | on behalf of Creditor Specialized Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Robert P. Sheils, Jr (Trustee) | |

rsheils@sheilslaw.com PA41@ecfcbis.com;psheldon@sheilslaw.com;jspottesq@sheilslaw.com;sheils@remote7solutions.com

Thomas I Puleo

on behalf of Creditor Bank of America N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  :
: CHAPTER 7
JOHN P. MELCHIOR,  :
: CASE NO. 15-04083
Debtor :

## ORDER AUTHORIZING SHEILS LAW ASSOCIATES, P.C. AS ATTORNEY FOR TRUSTEE

AND NOW, upon consideration of the Application of Robert P. Sheils, Jr., Trustee, for authority to employ Sheils Law Associates, P.C., to serve as his attorney in connection with this case, and it appearing that the said firm is comprised of attorneys duly admitted to practice in this Court, and the Court being satisfied that said firm represents no interest adverse as Attorney for the Trustee of the estate of the Debtor in the matters upon which it is to be engaged; that its employment is necessary and would be in the best interest of the estate, and the case is one justifying the employment of an attorney under a general retainer, it is hereby

ORDERED AND DECREED that Sheils Law Associates, P.C., be, and hereby is, authorized to serve as attorney for Trustee in this case, as of the date of the application.

* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel*, 124 F.3d 567 (3rd Cir. 1997).

Dated: September 8, 2021     By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge (MS)