## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CASE NO. 5-15-04083-HWV** |
| | : | |
| **JOHN P. MELCHIOR,** | : | **CHAPTER 7** |
| | : | |
| **DEBTOR.** | : | |

## CHAPTER 7 TRUSTEE'S SUMMARY COVER SHEET FOR
## FIRST AND FINAL APPLICATION FOR COUNSEL FEES AND
## <u>EXPENSES TO LAW OFFICES OF MARK J. CONWAY, P.C.</u>

a)      Law Offices of Mark J. Conway, P.C. ("Conway") was appointed as counsel for the Former Chapter 7 Trustee on December 14, 2015, based on an application filed on December 4, 2015;

b)      The total amount of the compensation requested is **<u>$11,890.00</u>** and is for the period from **December 4, 2015 through July 9, 2021;**

c)      This compensation request is a First and Final Application.

d)      The total amount of expenses for which reimbursement is sought is **<u>$91.49</u>**.

e)      There was no retainer paid to Conway in this matter.

                         **LAW OFFICES OF BRIAN E. MANNING**

<u>/s/ Brian E. Manning</u>
BRIAN E. MANNING, ESQ.
502 South Blakely Street, Suite B
Dunmore, PA 18512
Phone (570) 558-1126
Fax: 866-559-9808
brianemanning@comcast.net

Dated: December   <u>8</u>  , 2021

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

::::::::::::::::::::::::::::::::::::::::::::::::::::::::

IN RE:                  :      **CASE NO. 5-15-04083-HWV**

                           :

**JOHN P. MELCHIOR,**       :      **CHAPTER 7**

                           :

           **DEBTOR.**        :

::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## FIRST AND FINAL APPLICATION FOR ALLOWANCE
## OF COMPENSATION AND DISBURSEMENTS TO
## <u>FORMER TRUSTEE'S COUNSEL, LAW OFFICES OF MARK J. CONWAY, P.C.</u>

**TO THE HONORABLE HENRY W. VAN ECK, U.S. BANKRUPTCY JUDGE:**

Former Chapter 7 Trustee's counsel, Law Offices of Mark J. Conway, P.C. ("Conway") for its application seeking approval to pay compensation, hereby represents:

## <u>BACKGROUND</u>

1)     The Debtor, John P. Melchior filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. Section 101, et. Seq. (the "Bankruptcy Code"), on September 23, 2015, (the "Petition Date).

2)     Robert P. Sheils, Jr. is the duly appointed, qualified and acting Chapter 7 Successor Trustee in this case, having replaced the Former Chapter 7 Trustee, Mark J. Conway, on July 22, 2021.

3)     On December 4, 2015, the Former Chapter 7 Trustee, pursuant to Section 327 of the Bankruptcy Code, moved this Court for authority to engage Conway and by Order of this Court dated December 14, 2015, such motion was granted.  Attached hereto as **<u>Exhibit "A"</u>** is the Order.

4)     Conway requests (i) First and Final Compensation to the Law Offices of Mark J. Conway, P.C. of **$11,890.00,** pursuant to Sections 330 and 331 of the Bankruptcy

Code, for professional services provided to the Former Chapter 7 Trustee in connection with his administration of the Debtor's Estate from (the "Compensation Period") and (ii) reimbursement of actual expenses of **$91.49** incurred by Conway during the Compensation Period.

5) During the Compensation Period, Conway provided services and performed numerous tasks on behalf of the Trustee including, but not limited to, the following:

a) Prepare, review, revise, finalize and file Application to Appoint Counsel;

b) Prepare, review, revise, finalize and file Application to Employ Special Counsel, Attorney Kelly A. Pressler and Jacobowitz and Gubits, LLP;

c) Prepare, review, revise, finalize and file Application to Approve Settlement of FINRA Arbitration and to Pay Special Counsel Fees and Expenses and supporting documents;

d) Review Debtor's Objection to Application to Approve Settlement of FINRA Arbitration and to Pay Special Counsel Fees and Expenses;

e) Prepare, review, revise, finalize and file Trustee's Objection to Debtor's Claimed Exemptions;

f) Telephone conferences with Debtor's counsel regarding continuation of hearing on Application to Approve FINRA Arbitration Settlement;

g) Prepare, review, revise, finalize and file Certificate of No Objection to Trustee's Objection to Debtor's Exemptions;

h) Review numerous Motions to Continue filed on behalf of Debtor relative to the Application to Approve FINRA Settlement and Trustee's Objection to Exemptions;

i) Review Entry of Appearance on behalf of Bank of America;

j) Prepare, review, revise, finalize and file various Motions to Continue Hearing on Application to Approve FINRA Settlement;

k) Prepare, review, revise, finalize and file Application to Employ New Special Counsel, Attorney Michael Ranis and The Foulke Law Firm;

l) Prepare, review, revise, finalize and file Withdrawal of Trustee's Application to Approve FINRA Settlement and Pay Special Counsel's Fees and Expenses;

m) Attend hearing on Trustee's Motion to Continue Hearing With Concurrence;

n) Review Motion for Relief From Automatic Stay;

o) Prepare, review, revise, finalize and file Request to Remove Matter From Hearing List;

p) Prepare, review, revise, finalize and file Motion to Approve Settlement Stipulation regarding Trustee's Objection to Exemptions;

q) Prepare, review, revise, finalize and file Certificate of No Objection to Trustee's Motion to Approve Settlement Stipulation regarding Trustee's Objection to Exemptions;

r)     Review Request for Notice Under 2002 filed on behalf of MEB Loan Trust IV;

s)     Prepare, review, revise, finalize and file Second Application to Employ Special Counsel, Michael Ranis, as he left his previous law firm;

t)     Prepare, review, revise, finalize and file Second Application to Approve Settlement of FINRA Arbitration Settlement;

u)     Attendance at hearings;

v)     Review letters to and from various attorneys;

w)     Telephone calls with various attorneys;

x)     Review various Orders;

y)     Prepare fee application(s); and

z)     Such other legal issues as necessary for the benefit of the Estate.

6)     The Trustee submits that the services described herein, which Conway rendered on behalf of the Trustee, were necessary and essential to the administration of the Estate.

7)     Attached hereto as **Exhibit "B"** is a chronological accounting for all of the time spent by Conway who has provided services to the Trustee and expenses incurred in this matter.  This bill reflects charges from **December 4, 2015 through July 9, 2021** of compensation totaling **$11,890.00,** and expenses totaling **$91.49.**

8)     The value of the services provided by Conway has been calculated at the rates customarily charged by Conway to clients both involved in bankruptcy proceedings

and for legal representation not related to bankruptcy proceedings for the services of the attorneys identified.

9)	It is respectfully submitted that Conway be allowed **$11,890.00,** as First and Final Compensation and Reimbursement for Expenses of **$91.49** incurred for its services to the Trustee during the Compensation Period.

10)	Conway is a "disinterested person" and has not represented or held an interest adverse to the interest of the trustee or the Estate in this case.  The Former Chapter 7 Trustee was an attorney who  was employed by the Law Offices of Mark J. Conway, P.C.

11)	Conway has not entered into any agreement, expressly or implied, with any other party in interest, including the Debtor, any creditor or any representative of them, or with any attorney for any such party in interest, in the case for the purpose of fixing the fees or other compensation to be paid such party in interest for services rendered or expenses incurred in connection therewith, from the assets of this estate in excess of the compensation allowed by law.

12)	No agreement or understanding exists between Conway and any other entity for the sharing of compensation to be received for services rendered in or in connection with this case.

**WHEREFORE,** The Trustee respectfully requests that this Court issue and enter an Order (i) approving the payment of compensation to Law Offices of Mark J. Conway, P.C. in the amount of **$11,890.00** for services rendered during the Compensation Period, (ii) approving reimbursement for expenses incurred by Law Offices of Mark J. Conway,

P.C. in the sum of **$91.49,** and (iii) granting the Law Offices of Mark J. Conway, P.C.,

such other and further relief as the Court may deem just and proper.

Respectfully submitted**,**

**LAW OFFICES OF BRIAN E. MANNING**


/s/ Brian E. Manning
BRIAN E. MANNING, ESQ.
502 South Blakely Street, Suite B
Dunmore, PA 18512
Phone (570) 558-1126
Fax: 866-559-9808
brianemanning@comcast.net


Counsel for the Law Offices of Mark J.
Conway, P.C.

DATED:  December __8__, 2021

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**IN RE:** : **CASE NO. 5-15-04083-HWV**

:

**JOHN P. MELCHIOR,** : **CHAPTER 7**

:

**DEBTOR.** :

::::::::::::::::::::::::::::::::::::::::::::::::::::::::

<u>**CERTIFICATE OF SERVICE**</u>

I, Brian E. Manning, Esquire, hereby certify that on the <u>8th</u> day of December,

2021, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the

CM/ECF system which sent notification of such filing to the following Filing Users at the

following e-mail addressed:

U.S. Trustee
Middle District of PA
228 Walnut Street
Room 1190
Harrisburg, PA 17101
<u>ustpregion03.ha.ecf@usdoj.gov</u>

**LAW OFFICES OF BRIAN E. MANNING**

<u>/s/ Brian E. Manning</u>
BRIAN E. MANNING, ESQ.
502 South Blakely Street, Suite B
Dunmore, PA 18512
Phone (570) 558-1126
Fax: 866-559-9808
<u>brianemanning@comcast.net</u>

Counsel for the Law Offices of Mark J.
Conway, P.C.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:               : CASE NO. 5-15-bk-04083-JJT
JOHN P. MELCHIOR,     : CHAPTER 7
          DEBTOR.        :

### ORDER

UPON consideration of the Application of Mark J. Conway, Trustee ("Trustee") in the above estate, requesting authority to employ and appoint Law Offices of Mark J. Conway, P.C. under a general retainer to represent him as attorney for the Trustee, and it further appearing that no notice of hearing of said application should be given, no adverse interest having been represented, and it further appearing that Mark J. Conway is an attorney duly admitted to practice in this Court, and the Court being satisfied that Law Offices of Mark J. Conway, P.C. represents no adverse interest as an attorney for the Trustee of the Estate of the Debtor in the matters upon which it is to be engaged; that Law Offices of Mark J. Conway, P.C. employment is necessary and would be in the best interest of the estate, and the case is one justifying the employment of an attorney under a general retainer, it is

HEREBY ORDERED AND DECREED that the said Mark J. Conway, as such Trustee, be and he hereby is authorized to employ Law Offices of Mark J. Conway, P.C. as attorneys under a general retainer.

    ✝ Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel*, 124 F.3d 567 (3rd Cir. 1997).

By the Court,

Dated: December 14, 2015

_____
John J. Thomas, Bankruptcy Judge
(CG)

Exhibit "A"

# *LAW OFFICES OF MARK J. CONWAY*

## 502 SOUTH BLAKELY STREET
### DUNMORE, PA 18512

Ph:570-343-5350          Fax:570-343-5377

CHAPTER 7 TRUSTEE                                              October 12, 2021
502 SOUTH BLAKELY STREE
DUNMORE, PA 18512

|                    | File #:  | 100-961 |
|--------------------|----------|---------|
| Attention:   MARK J. CONWAY, ESQUIRE | Inv #:   | 1881    |

RE:     MELCHIOR, JOHN (COUNSEL)

| DATE | DESCRIPTION | HOURS | AMT. | ATTY/PARA |
|------|-------------|-------|------|-----------|
| Dec-04-15 | Review and revise application for counsel | 0.30 | 88.50 | MJC |
|  | Draft, finalize & file Application to Appoint Attorney for Trustee. | 0.60 | 57.00 | CN |
| Dec-14-15 | Review Order cancelling 12/17/15 hrg, re: 362 motion; review Order apptg. MJC as counsel for Trustee. | 0.10 | 9.50 | CN |
| Dec-18-15 | Review lawsuit info and agreement with counsel; draft review and revise affidavit and application for counsel | 0.80 | 236.00 | MJC |
|  | Review information & documentation provided by Attorney Pressler, re: EEOC claim & FINRA arbitration; conf. w/MJC; draft affidavit of disinterest; draft e-mail to Attorney Pressler attaching same. | 0.60 | 57.00 | CN |
| Dec-29-15 | Review and revise affidavit for counsel; email to same | 0.30 | 88.50 | MJC |
|  | Follow-up e-mail to Attorney Pressler requesting an executed affidavit of disinterest, re: FINRA arbitration; calendar same for receipt. | 0.10 | 9.50 | CN |
| Jan-07-16 | Review e-mail from Attorney Pressler w/changes to Aff. of Disinterst; | 0.40 | 38.00 | CN |

review proposed fee agreement; conf. w/MJC; revise affidavit.

| | | | | |
|---|---|---|---|---|
| Jan-12-16 | Review e-mail from Attorney Pressler & respond to same. | 0.10 | 9.50 | CN |
| Jan-15-16 | Draft review and revise affidavit & review letter | 0.10 | 29.50 | MJC |
| | Review & respond to e-mails from Attorney Pressler & MJC; revise affidavit of disinterst; conf. w/MJC; e-mail to Attorney Pressler, re: revised aff. & executed fee agreement. | 0.60 | 57.00 | CN |
| | E-mails to/from Attorney Pressler; finalize & file Application to Appoint Special Counsel. | 0.70 | 66.50 | CN |
| Jan-26-16 | Review Order; email with counsel (.2); review mediation info and FINRA (.5) | 0.60 | 177.00 | MJC |
| | Review order | 0.10 | 29.50 | MJC |
| | Review Order apptg. special counsel; e-mail same to Attorney Pressler. | 0.10 | 9.50 | CN |
| Mar-02-16 | Telephone conference with Attorney Pressler | 0.20 | 59.00 | MJC |
| Mar-11-16 | Review letter regarding mediation from debtor; telephone conference with Attorney Martin regarding same | 0.50 | 147.50 | MJC |
| Mar-14-16 | Review e-mail from Attorney Pressler attaching FINRA Fee Agreement; review agreement. | 0.10 | 9.50 | CN |
| Mar-22-16 | Review draft settlement agreement | 0.20 | 59.00 | MJC |
| Mar-31-16 | Draft, review and revise settlement agreement and release | 1.50 | 442.50 | MJC |
| | TC from Attorney Pressler, re: settlement agreement; conf. w/MJC; e-mail to Attorney Pressler, re: same. | 0.30 | 0.00 | CN |
| | Review proposed Settlement Agreement, re: FINRA claim. | 0.40 | 38.00 | CN |
| Apr-04-16 | Draft review and revise settlement agreement and release; email to Kelly P. | 0.80 | 236.00 | MJC |

| Apr-12-16 | Telephone conference with Attorney Pressler regarding settlement agreement (.2); review and revise agreement (.3); email to Attorney Martin (.1) | 0.60 | 177.00 | MJC |
|-----------|---|------|--------|-----|
| Apr-26-16 | Emails with Attorney Martin and K. Pressler regarding settlement | 0.30 | 88.50 | MJC |
| May-16-16 | Telephone conference with Attorney Pressler regarding motion (.2); research regarding motion to approve (1.0); draft review and revise same (.6). | 1.80 | 531.00 | MJC |
|  | Conf. w/MJC, re: Application to Approve Settlement; research on Martin factors & various case law; begin draft of Application for Approval. | 1.40 | 133.00 | CN |
| May-17-16 | Draft review and revise application to approve settlement | 0.80 | 236.00 | MJC |
|  | Draft, revise, revise Application to Approve Settlement, Notice, Certificate of Service & proposed Order. | 2.50 | 237.50 | CN |
| Jun-06-16 | Research regarding Martin case & related legal issues (.8); draft, review and revise motion, order and notice (.5). | 1.30 | 383.50 | MJC |
|  | Review e-mail from Attorney Pressler; review & revise Application to Settle FINRA Claim & Pay Counsel Fees & Expenses; conf. w/MJC; draft e-mail to Attorney Pressler attaching same for review & insertion of certain information. | 0.90 | 85.50 | CN |
| Jun-08-16 | Review Court Notice and Debtor and FINRA letters (.2); email to counsel (1); emails with Kelly P and revise motion (.3) | 0.60 | 177.00 | MJC |
|  | Review e-mail from Attorney Pressler with revisions to Application to Approve Settlement; conf. w/MJC; review e-mails re: revisions to proposed Settlement & Release Agreement. | 0.60 | 57.00 | CN |
| Jun-09-16 | Review and revise motion; email to Kelly P. | 0.40 | 118.00 | MJC |
|  | Revisions to Application to Approve Settlement & Pay Fees & Expenses. | 0.90 | 85.50 | CN |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Jun-15-16 | Conf. w/MJC, re: settlement documents; TC to special counsel, re: same. | 0.10 | 9.50 | CN |
| Jun-21-16 | Telephone conference Attorney Pressler regarding status & docs (.2); draft review and revise application, motion, order, notice and agreement (.6) | 0.80 | 236.00 | MJC |
| | Review, revise & finalize Application to Approve Settlement & supporting documentation. | 0.80 | 76.00 | CN |
| Jun-22-16 | Review and revise application and papers | 0.40 | 118.00 | MJC |
| | Finalize & file Application to Approve Settlement & Pay Counsel Fees & Expenses; copy, assemble, post & mail Notices to Creditors & Parties in Interest; revise Certificate of Service to include service of notice; download mailing matrix & file same as addendum to the Certificate of Service. | 1.20 | 114.00 | CN |
| Jul-06-16 | Review objection and amendment | 0.20 | 59.00 | MJC |
| | Review Debtor's Objection to Settlement; conf. w/MJC; draft e-mail forwarding same to special counsel. | 0.30 | 28.50 | CN |
| Aug-04-16 | Research regarding objections to exemptons (.5); draft, review and revise objections and order (1.0) | 1.50 | 442.50 | MJC |
| | Review docket report, petition, schedules & amendments to A/B & C; conf. w/MJC; draft, review & revise Trustee's Objection to Exemptions; finalize & file Objection. | 1.80 | 171.00 | CN |
| Aug-05-16 | Review notice setting hearing date on Trustee's Objection to Amended Exemption; calendar hrg. & response deadline. | 0.10 | 9.50 | CN |
| Aug-16-16 | Emails with counsel regarding hearing and review file | 0.20 | 59.00 | MJC |
| | Conf. w/MJC, re: upcoming hearing; review docket report; prepare file for 8/18/16 hearing on Motion to Approve FINRA settlement; e-mails to/from Debtor's counsel; e-mails to/from special counsel. | 1.20 | 114.00 | CN |
| Aug-18-16 | Review Order continuing hrg. | 0.10 | 9.50 | CN |

| Date | Description | | | |
|------|-------------|---|---|---|
| Aug-31-16 | Review docket report for responses/answers to Trustee's Objection to Exemption; draft & file Certificate of No Objection. | 0.40 | 38.00 | CN |
| Sep-19-16 | Review docket and pleading status (.2); emails with counsel regarding hearing (.1); telephone conference with Attorney Protter regarding settlement/trial (.3); email to same (.1) | 0.70 | 206.50 | MJC |
| Sep-22-16 | Review Order on Motion to Continue Hrg. | 0.10 | 9.50 | CN |
| Oct-11-16 | Review e-mail from Debtor's counsel & review expert opinion letter, re: value of Debtor's claim v. NY Life Insurance. | 0.40 | 38.00 | CN |
| Oct-18-16 | Review and revise motion | 0.20 | 59.00 | MJC |
| | Review file, docket report, report of Debtor's expert, e-mails from MJC & Attorney Martin; draft, finalize & file Motion to Continue Hearing With Concurrence. | 0.80 | 76.00 | CN |
| | E-mails to MJC, re: Motion to Continue. | 0.10 | 9.50 | CN |
| Oct-19-16 | TC w/Trustee, re: report of expert provided by Debtor; e-mail to Attorneys Protter & Pressler attaching report & requesting that they call MJC to discuss same. | 0.10 | 9.50 | CN |
| Oct-26-16 | Telephone conference with Attorney H. Protter regarding status and new counsel | 0.30 | 88.50 | MJC |
| | Review e-mails from MJC & Pressler & Protter's office; conf. w/MJC; schedule conf. call w/Protter, re: Debtor's expert opinion on value of NY Life litigation. | 0.10 | 9.50 | CN |
| Oct-27-16 | Review Attorney Pans report (.2); telephone conference with Attorney Protter (.3); email to J. Martin (.1) | 0.60 | 177.00 | MJC |
| | Conf. w/MJC; e-mails to/from Attorney Protter; calendar conf. call. | 0.10 | 9.50 | CN |
| Nov-22-16 | Review Motion to Continue Hearing & notice setting new hearing date; calendar same. | 0.10 | 9.50 | CN |
| Dec-15-16 | Review and revise retention agreement and email to Attorney Ranis and response | 0.60 | 177.00 | MJC |

| | | | | |
|---|---|---|---|---|
| | Review Motion to Continue Hearing & Order; calendar new hearing date. | 0.10 | 9.50 | CN |
| Dec-16-16 | Telephone conference with Attorney Ranis, re: Claims. | 0.30 | 88.50 | MJC |
| Dec-20-16 | Review docket report, re: Entry of Appearance. | 0.10 | 9.50 | CN |
| Jan-10-17 | Review e-mail from Attorney Ranis & respond to same. | 0.10 | 9.50 | CN |
| Jan-11-17 | Revise Application to Appoint Special Counsel for filing; addt'l e-mail to Attorney Ranis, re: affidavit of disinterest notary stamp issue. | 0.30 | 28.50 | CN |
| Jan-12-17 | Draft review and revise application for Attorney Ranis | 0.50 | 147.50 | MJC |
| | Review e-mail from Attorney Ranis attaching affidavit & Consent to Change Attorney for Trustee's review. | 0.10 | 9.50 | CN |
| | Revise, finalize & file Application to Appt. Michael Ranis as Special Counsel. | 0.50 | 47.50 | CN |
| Jan-13-17 | Notarize Consent to Change Attorney, copy, scan & mail to Attorney Ranis' office. | 0.20 | 19.00 | CN |
| Jan-20-17 | Review order | 0.10 | 29.50 | MJC |
| Jan-21-17 | Review Order appt'g Michael Ranis; e-mail same to Attorney Ranis & Teresa @ Foulke Law Firm. | 0.10 | 9.50 | CN |
| Mar-09-17 | Conf. w/MJC; review file & docket report; draft Withdrawal of Trustee's Application to Approve FINRA Arbitration Settlement; calendar for filing. | 0.40 | 38.00 | CN |
| | E-mail to Debtor's counsel for concurrence on Motion to Continue Hearing; draft Motion to Continue 3/21/17 hearing on Objection to Exemptions; calendar for filing. | 0.60 | 57.00 | CN |
| Mar-10-17 | Emails with Attorney Ranis (.1); draft review and revise motion to withdraw (.6) | 0.70 | 206.50 | MJC |
| | Conf. w/MJC; finalize & file Withdrawal of Trustee's Application to Approve Settlement. | 0.30 | 28.50 | CN |

| | | | | |
|---|---|---|---|---|
| | Conf. w/MJC; finalize & file Motion to Continue 3/21/17 hearing on Trustee's Objection to Exemptions. | 0.40 | 38.00 | CN |
| Mar-16-17 | Review Order granting Motion to Continue; calendar new hearing date. | 0.10 | 9.50 | CN |
| Jul-03-17 | Review counsel letter to FINRA | 0.10 | 30.00 | MJC |
| | Review correspondence from special counsel & conf. w/MJC. | 0.20 | 19.00 | CN |
| Jul-17-17 | Review file & prepare for hearing | 0.30 | 90.00 | MJC |
| | Review docket report, file; conf. w/MJC & prepare file for 7/17/17 hearing. | 0.30 | 28.50 | CN |
| Jul-18-17 | Review Order continuing 7/18/17 hearing per Martin's Motion to Continue Hearing. | 0.10 | 9.50 | CN |
| | Conf. w/MJC, re: 7/18/17 hearing not called & advised him of Order rescheduling same. | 0.10 | 9.50 | CN |
| Jul-28-17 | Emails with Attorney Ranis | 0.10 | 30.00 | MJC |
| Jul-31-17 | Review e-mails b/t MJC & Attorney Ranis, re: Met Life correspondence. | 0.10 | 9.50 | CN |
| Aug-01-17 | Review file & telephone conference ewith counsel regarding litigation | 0.50 | 150.00 | MJC |
| Aug-11-17 | Review ML letter | 0.10 | 30.00 | MJC |
| | Review Morgan Lewis letter to Attorney Ranis. | 0.20 | 19.00 | CN |
| Aug-21-17 | Review Attorney Ranis email & complaint | 0.20 | 60.00 | MJC |
| Aug-28-17 | Review and revise complaint vs. NY Life; email to counsel | 0.80 | 240.00 | MJC |
| Aug-29-17 | Draft, review and revise motion to continue hearing | 0.50 | 150.00 | MJC |
| Aug-30-17 | Review e-mails from MJC & Debtor's counsel; review docket report; draft, review, revise Motion to Continue 9/7/17 hearing on Trustee's Objection to Exemptions. | 0.80 | 76.00 | CN |

| | | | | |
|---|---|---|---|---|
| Aug-31-17 | Finalize & file Motion to Continue 9/7/17 hearing. | 0.50 | 47.50 | CN |
| Sep-05-17 | Review Order on Motion to Continue & calendar new hearing date. | 0.10 | 9.50 | CN |
| Oct-03-17 | Review e-mail from MJC to Attorney Ranis, re: status of litigation. | 0.10 | 9.50 | CN |
| Dec-29-17 | Review file, re: upcoming status hearing; conf. w/MJC, re: non-response from Attorney Ranis; review e-mail from MJC to Attorney Ranis requesting status. | 0.20 | 19.00 | CN |
| Jan-02-18 | Review e-mail from Debtor's counsel, re: 1/4/18; conf. w/MJC; draft, finalize & file Motion to Continue Hearing. | 0.50 | 47.50 | CN |
| Jan-03-18 | Review Attorney Ranis email and review agreement on motion and respond | 0.40 | 120.00 | MJC |
| | Review Order confirming 1/4/18 hearing date, re: Motion to Continue Hearing; conf. w/MJC, re: same. | 0.10 | 9.50 | CN |
| Jan-04-18 | Review file; prepare for hearing; hearing via court call | 0.80 | 240.00 | MJC |
| Jan-05-18 | Review Order/Proceeding Memo, re: 1/4/18 hearing | 0.10 | 9.50 | CN |
| Mar-21-18 | Review Attorney Ranis letter | 0.20 | 60.00 | MJC |
| | Review e-mail & correspondence from special counsel, re: litigation. | 0.10 | 9.50 | CN |
| Jun-18-18 | Review e-mail from special counsel & attached proposed affidavit for MJC, re: NYS District Court action; download to system; e-mail to MJC for review & revision of same. | 0.20 | 19.00 | CN |
| Jun-26-18 | Review e-mail from Special Counsel Ranis; responsive e-mail, re: proposed affidavit for MJC's signature. | 0.20 | 19.00 | CN |
| Jun-27-18 | Review addt'l e-mail from Attorney Ranis, re: extension to 7/6/18 to file MJC's affidavit; responsive e-mail. | 0.10 | 9.50 | CN |
| Jul-02-18 | email from Attorney Ranis & affidavit | 0.20 | 60.00 | MJC |

| | | | | |
|---|---|---|---|---|
| Jul-06-18 | Review file & docket status & draft review and revise affidavit for special counsel; emails to same | 0.80 | 240.00 | MJC |
| Jul-09-18 | Review brief | 0.20 | 60.00 | MJC |
| Jul-10-18 | Review e-mail from Debtor's counsel, re: 7/19/18 hearing; respond to same. | 0.10 | 9.50 | CN |
| Jul-17-18 | Draft review and revise motion to continue and order | 0.30 | 90.00 | MJC |
| | Draft, review, revise, finalize & file Motion to Continue 7/19/18 hearing on Objection to Exemptions. | 0.70 | 66.50 | CN |
| Jul-18-18 | Review Order approving continuance; calendar cont'd hearing date. | 0.10 | 9.50 | CN |
| Sep-17-18 | Review e-mail from MJC; draft e-mail to special counsel for status on litigation; calendar for follow-up. | 0.10 | 9.50 | CN |
| Sep-18-18 | Review e-mail from Special Counsel, Michael Ranis, re: litigation status; update letters file & CaseLink. | 0.10 | 9.50 | CN |
| Dec-17-18 | Review litigation status e-mail from special counsel; review docket report, file; draft, review, revise, finalize & file Motion to Continue; update CaseLink. | 1.00 | 95.00 | CN |
| Jan-23-19 | Review case and docket status; emails with counsel regarding hearing and tolling | 0.40 | 120.00 | MJC |
| | Review file, docket report, re: 1/24/19 hearing scheduled; conf. w/MJC; e-mail to special counsel for status report; e-mails to/from Debtor's counsel, re: hearing; draft proposed stipulation, re: Objection to Trustee's Exemptions; draft, finalize & file Request to Remove from Hearing List. | 1.20 | 114.00 | CN |
| Jan-24-19 | Review docket & proceeding memo canceling 1/24/19 hearing; conf. w/MJC; review e-mail from Debtor's counsel; calendar deadline to file stipulation. | 0.20 | 19.00 | CN |
| Feb-14-19 | Review Order reassigning case to Judge Opel, II. | 0.10 | 9.50 | CN |

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| Feb-15-19 | Advise MJC via IM that stipulation is due next week; review e-mail from MJC; draft follow-up e-mail requesting status report on litigation from special counsel; TC to special counsel as e-mail was returned as rejected and blocked; re-e-mail to different e-mail address for special counsel. | 0.30 | 28.50 | CN |
| Feb-21-19 | Emails with Attorney Ranis regarding decision; revise decision | 0.30 | 90.00 | MJC |
| | Review docket report; draft, review, revise, finalize & file Motion to Approve Stipulation, Certificate of Service, Notice & proposed Order; scan & mark Exhibit A; | 0.90 | 85.50 | CN |
| Mar-15-19 | Review docket; review and revise certificate | 0.10 | 30.00 | MJC |
| | Review docket report for objections to Application to Approve Stipulation; draft, finalize & file Certificate of No objection; calendar for receipt of Order. | 0.30 | 28.50 | CN |
| Mar-21-19 | Review & download executed Order approving stipulation on Trustee's Objection to Exemptions. | 0.10 | 9.50 | CN |
| Mar-22-19 | Review correspondence from special counsel to FINRA Dispute Resolution requesting reinstatement of the Debtor's FINRA Complaint, per Opinion & Order of the US District Court S. District of NY; review Opinion & Order. | 0.30 | 28.50 | CN |
| Jun-26-19 | Review litigation status; counsel issues; conference with CN | 0.20 | 60.00 | MJC |
| | Conf. w/MJC; review consent to change attorney; notarize consent & enter in notary log; copy, assemble, post & mail same to Foulke Law Firm. | 0.40 | 44.00 | CN |
| Jun-27-19 | TC to Attorney Michael Ranis, re: reappointment necessary due to his separation from Foulke Law Firm; he will send current contact info., firm name, etc. | 0.10 | 11.00 | CN |
| | Draft new Affidavit of Disinterest. | 0.30 | 33.00 | CN |
| Jul-22-19 | TC to special counsel, re: litigation he is handling & for new contact info' (LM). | 0.10 | 11.00 | CN |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review e-mail from special counsel; responsive e-mail; update letters file. | 0.10 | 11.00 | CN |
| Jul-24-19 | Review e-mail from special counsel Michael Ranis; revise updated affidavit of disinterest. | 0.40 | 44.00 | CN |
| Oct-01-19 | Review file & e-mail for receipt of new affidavit of disinterest & new retainer agreement provided by the Foulke Law Firm from special counsel, Michael Ranis; draft follow-up e-mail once again attaching same & requesting a response. | 0.10 | 11.00 | CN |
| Nov-20-19 | Review file & e-mails, re: litigation status; TC to Attorney Ranis (LM). | 0.20 | 22.00 | CN |
| Jan-02-20 | Review e-mail from Attorney Ranis with executed Affidavit of Disinterest; e-mail to MJC, re: same. | 0.10 | 11.00 | CN |
| Jan-07-20 | Draft review and revise application for professional - special counsel & order | 0.30 | 90.00 | MJC |
|  | Draft, review, revise, finalize & file Second Application to Employ Michael Ranis. | 0.90 | 99.00 | CN |
| Jan-17-20 | Review Order on Second Application employing Attorney Ranis; e-mail same to Ranis.. | 0.10 | 11.00 | CN |
| Dec-16-20 | Review and revise settlement agreement; email to Attorney Ranis regarding comments | 0.50 | 150.00 | MJC |
| Jan-12-21 | Review Ranis email & revised settlement agreement | 0.30 | 90.00 | MJC |
| Jan-28-21 | E-mail to Debtor's counsel for signed Settlement Agreement & General Release; review e-mail attaching Agreement; responsive e-mail; review same, along with file & docket report; conf. w/MJC. | 0.70 | 77.00 | CN |
| Feb-23-21 | Review settlement agreement & general release agreement | 0.30 | 90.00 | MJC |
|  | Review e-mail from special counsel; conf. w/MJC; review settlement agreement; draft e-mail to special counsel, re: non-receipt of signed copy from NY Life. | 0.10 | 11.00 | CN |

| | | | | |
|---|---|---|---|---|
| | E-mail to special counsel, re: status of Settlement Agreement execution by NY Life; review responsive e-mail; scan Settlement Agreement signed by Trustee & e-mail to special counsel. | 0.30 | 33.00 | CN |
| Mar-18-21 | Review file for executed Settlement Agreement & General Release; e-mail to Attorney Ranis seeking same w/signature on behalf of NY Life; review responsive e-mail from Ranis; update CaseLink & letters file. | 0.10 | 11.00 | CN |
| May-20-21 | Draft, review and revise motion, notice and order regarding settlement; prepare for filing same. | 1.20 | 360.00 | MJC |
| | Review e-mail from Debtor's counsel, re: getting Trustee's Objection to Exemptions on for hearing; review docket report; conf. w/MJC, re: same; update letters file & Stretto. | 0.40 | 44.00 | CN |
| Jun-01-21 | Review & revise Second Application to Pay Special Counsel Fees, Expenses & Approve Settlement, Notice, Certificate of Service & proposed Order. | 0.80 | 88.00 | CN |
| Jul-08-21 | Emails with Attorney Pressler regarding motion (.2); draft review and revise motion to approve settlement and pay debtor's exemption (.7) | 0.80 | 240.00 | MJC |
| Jul-09-21 | Review Clerk's Notice to Filing Party; draft, review, revise, finalize & file Amended Certificate of Service, re: Motion & Notice attaching mailing matrix. | 0.30 | 33.00 | CN |
| | Totals | 64.70 | $11,890.00 | |

**DISBURSEMENTS**

| | | Disbursements | Receipts |
|---|---|---|---|
| Jan-12-17 | COPIES | 0.60 | |
| Mar-21-18 | COPIES | 0.60 | |
| Dec-17-18 | COPIES | 0.90 | |
| Jan-24-19 | COPIES | 4.50 | |
| Feb-21-19 | POSTAGE | 23.00 | |
| | COPIES | 18.30 | |

| Mar-15-19 | COPIES | 1.20 | |
| Jan-07-20 | COPIES | 1.50 | |
| Jul-08-21 | COPIES - NOTICE | 15.90 | |
| | POSTAGE - NOTICE | 24.99 | |

| | Totals | $91.49 | $0.00 |

**Total Fees & Disbursements**                                      **$11,981.49**

| Previous Balance | $0.00 |
| Previous Payments | $0.00 |

**Balance Due Now**                                                **$11,981.49**

\                    .

.

.