IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOHN P. MELCHIOR,            Case No. 5: 15-04083

Chapter 7

Debtor

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**TRUSTEE'S CERTIFICATION OF NO OBJECTION OR ANSWER TO**
**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION**
**<u>& EXPENSES OF ATTORNEY FOR TRUSTEE</u>**

    The Chapter 7 Trustee, Robert P. Sheils, Jr., Esquire, hereby certifies that there has been no response or answer to Final Application for Allowance of Compensation and Expenses of Attorney for Trustee (Dkt. No. 131) in the above-captioned matter. Accordingly, the Trustee respectfully requests this Court to issue the appropriate Order.

Date: <u>April 25, 2022</u>           <u>/s/Robert S. Sheils, Jr.</u>
                                                   Robert S. Sheils, Jr., Ch 7 Trustee
                                                   Sheils Law Firm
                                                   108 N. Abington Road
                                                   Clarks Summit, PA 18411
                                                   (507) 587-2600