United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 15-04083-HWV
John P. Melchior  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 2
Date Rcvd: Apr 27, 2022  Form ID: pdf010  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Sheils Law Associates, P.C., 108 North Abington Road, Clarks Summit, PA 18411-2505 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2022  Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Specialized Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian E Manning | on behalf of Former Trustee Mark J. Conway (Trustee) BrianEManning@comcast.net G17590@notify.cincompass.com |
| Christopher M. McMonagle | on behalf of Creditor MEB Loan Trust IV cmcmonagle@timoneyknox.com bkecf@sterneisenberg.com |
| John J. Martin | on behalf of Debtor 1 John P. Melchior jmartin@martin-law.net kmartin@martin-law.net;sseana@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| Joshua I Goldman | on behalf of Creditor Bank of America N.A. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Raymond M Kempinski | on behalf of Creditor Specialized Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |

Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com PA41@ecfcbis.com;psheldon@sheilslaw.com;jspottesq@sheilslaw.com;sheils@remote7solutions.com

Thomas I Puleo    on behalf of Creditor Bank of America N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOHN P. MELCHIOR,
              Debtor

Chapter 7

Case No. 5: 15-04083

## ORDER

Upon consideration of the First and Final Application by Trustee's Attorney for compensation as a Chapter 7 Administrative expense and, after due Notice and an opportunity for a hearing, it is hereby

**ORDERED AND DECREED** that the Application is **Granted** and Sheils Law Associates, P.C., is allowed a Chapter 7 Administrative expense in the total amount of $957.80 for services rendered and expenses incurred from August 31, 2021 through March 28, 2022.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 27, 2022