UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: MELCHIOR, JOHN P. § Case No. 15-04083
§
§
§
Debtor(s)

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 09/23/2015. The undersigned trustee was appointed on 09/23/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of $ 75,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 51.57 |
| Bank service fees | 1,543.72 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 28,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 45,404.71 |

The remaining funds are available for distribution.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/20/2016 and the deadline for filing governmental claims was 03/21/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,650.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,650.00, for a total compensation of $4,650.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $95.55 for total expenses of $95.55[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/23/2022            By: /s/ Robert P. Sheils, Jr.
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 15-04083  
**Case Name:** MELCHIOR, JOHN P.  
**For Period Ending:** 09/23/2022

**Trustee Name:** (580490) Robert P. Sheils, Jr.  
**Date Filed (f) or Converted (c):** 09/23/2015 (f)  
**§ 341(a) Meeting Date:** 11/06/2015  
**Claims Bar Date:** 04/20/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence located at 101 Azalea Court, Milford,<br>Imported from original petition Doc# 1 | 239,319.10 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account at Wells Fargo<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture and Appliances<br>Imported from original petition Doc# 1 | 10,000.00 | 0.00 | | 0.00 | FA |
| 5 | Watches and Jewelry<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Firearms<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | 401k through Prudential - not property of the Ba<br>Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 8 | Age Discrim. lawsuit v. NY Life to date of bk.<br>Order Approving Settlement entered 8/3/21 Doc No 124 | Unknown | 39,000.00 | | 75,000.00 | FA |
| 9 | Age Discrim. lawsuit v. NY Life from bk. forward (u)<br>Imported from Amended Doc#: 57 | Unknown | 0.00 | | 0.00 | FA |
| 10 | 2012 Mercedes S 550 - 175k miles - Surrendering<br>Imported from original petition Doc# 1 | 13,888.00 | 0.00 | | 0.00 | FA |
| 11 | 2016 Mercedes Benz C300 W4 - 450 miles<br>Imported from original petition Doc# 1 | 48,908.82 | 0.00 | | 0.00 | FA |
| 11 | **Assets Totals (Excluding unknown values)** | **$317,215.92** | **$39,500.00** | | **$75,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Prior Trustee's time not included in Fee Application for Successor Trustee.

**Initial Projected Date Of Final Report (TFR):** 06/30/2023  
**Current Projected Date Of Final Report (TFR):** 09/14/2022 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| | |  | | |
|---|---|---|---|---|
| Case No.: | 15-04083 | Trustee Name: | Robert P. Sheils, Jr. (580490) | |
| Case Name: | MELCHIOR, JOHN P. | Bank Name: | Mechanics Bank | |
| Taxpayer ID #: | **-***2786 | Account #: | ******6166 Checking Account | |
| For Period Ending: | 09/23/2022 | Blanket Bond (per case limit): | $6,889,586.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| (No transactions on file for this period) | | | | | | | |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 15-04083 | Trustee Name: | Robert P. Sheils, Jr. (580490) |
|---|---|---|---|
| Case Name: | MELCHIOR, JOHN P. | Bank Name: | People's United Bank |
| Taxpayer ID #: | **-***2786 | Account #: | ******1604 Checking Account |
| For Period Ending: | 09/23/2022 | Blanket Bond (per case limit): | $6,889,586.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/25/21 | {8} | NEW YORK LIFE INSURANCE COMPANY | GROSS SETTLEMENT FOMR NY LIFE INSURANCE CO. | 1149-000 | 75,000.00 | | 75,000.00 |
| 03/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 24.04 | 74,975.96 |
| 04/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 120.16 | 74,855.80 |
| 05/28/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 111.97 | 74,743.83 |
| 06/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 131.77 | 74,612.06 |
| 07/30/21 | | People's United Bank | BANK & TECHNOLOGY SERVICES FEE | 2600-000 | | 119.58 | 74,492.48 |
| 08/10/21 | | Transfer Debit | Transfer To Successor Trustee | 9999-000 | | 74,492.48 | 0.00 |
| | | COLUMN TOTALS | | | 75,000.00 | 75,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 74,492.48 | |
| | | Subtotal | | | 75,000.00 | 507.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $75,000.00 | $507.52 | |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 3

| | |
|---|---|
| Case No.: | 15-04083 |
| Case Name: | MELCHIOR, JOHN P. |
| Taxpayer ID #: | **-***2786 |
| For Period Ending: | 09/23/2022 |

| | |
|---|---|
| Trustee Name: | Robert P. Sheils, Jr. (580490) |
| Bank Name: | East West Bank |
| Account #: | ******0092 Checking Account |
| Blanket Bond (per case limit): | $6,889,586.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/10/21 | | Transfer from People's United | INCOMING WIRE | 9999-000 | 74,492.48 | | 74,492.48 |
| 08/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 83.57 | 74,408.91 |
| 09/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 119.25 | 74,289.66 |
| 10/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 115.09 | 74,174.57 |
| 11/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 126.80 | 74,047.77 |
| 12/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 122.63 | 73,925.14 |
| 01/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 114.53 | 73,810.61 |
| 02/28/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 110.42 | 73,700.19 |
| 03/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 129.94 | 73,570.25 |
| 04/20/22 | 101 | International Sureties Ltd. | Bond #016026361 | 2300-000 | | 51.57 | 73,518.68 |
| 04/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 113.97 | 73,404.71 |
| 04/30/22 | 102 | JOHN P. MELCHIOR | Debtor Exemption payment | 8100-002 | | 18,000.00 | 55,404.71 |
| 06/30/22 | 103 | JOHN P. MELCHIOR | Debtor Exemption payment | 8100-002 | | 10,000.00 | 45,404.71 |
| | | COLUMN TOTALS | | | 74,492.48 | 29,087.77 | $45,404.71 |
| | | Less: Bank Transfers/CDs | | | 74,492.48 | 0.00 | |
| | | Subtotal | | | 0.00 | 29,087.77 | |
| | | Less: Payments to Debtors | | | | 28,000.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $1,087.77 | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

Case 5:15-bk-04083-HWV   Doc 135   Filed 11/10/22   Entered 11/10/22 15:27:37   Desc
Main Document   Page 6 of 16

Exhibit B<br/>Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 15-04083 | | **Trustee Name:** | Robert P. Sheils, Jr. (580490) |
| **Case Name:** | MELCHIOR, JOHN P. | | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***2786 | | **Account #:** | ******0092 Checking Account |
| **For Period Ending:** | 09/23/2022 | | **Blanket Bond (per case limit):** | $6,889,586.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6166 Checking Account | $0.00 | $0.00 | $0.00 |
| ******1604 Checking Account | $75,000.00 | $507.52 | $0.00 |
| ******0092 Checking Account | $0.00 | $1,087.77 | $45,404.71 |
| | **$75,000.00** | **$1,595.29** | **$45,404.71** |

# Exhibit C
## Analysis of Claims Register

**Case: 15-04083 JOHN P. MELCHIOR**

Claims Bar Date: 04/20/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| Exemption | John P Melchior, <8100-000 Exemptions>, 100 Per order docket #124 | Secured 03/21/22 | | $36,000.00 $36,000.00 | $28,000.00 | $8,000.00 |
| AE | Sheils Law Associates, P.C. 108 N. Abington Rd. Clarks Summit, PA 18411 <3120-000 Attorney for Trustee Expenses (Trustee Firm)>, 200 Order granting compensation Doc. #133 | Administrative 03/28/22 | | $40.80 $40.80 | $0.00 | $40.80 |
| ATTY EXP | Law Offices of Mark J. Conway, P.C., <3210-000 Attorney for Trustee Fees (Other Firm)>, 200 Fee App filed 12/8/21 doc 128 | Administrative 03/21/22 | | $91.49 $91.49 | $0.00 | $91.49 |
| ATTY FEE | Law Offices of Mark J. Conway, P.C., <3210-000 Attorney for Trustee Fees (Other Firm)>, 200 Fee App filed 12/8/21 doc 128 | Administrative 03/21/22 | | $11,890.00 $11,890.00 | $0.00 | $11,890.00 |
| ATTY FEE | Sheils Law Associates, P.C. 108 N. Abington Rd. Clarks Summit, PA 18411 <3110-000 Attorney for Trustee Fees (Trustee Firm)>, 200 Order granting compensation Doc. #133 | Administrative 04/28/22 | | $917.00 $917.00 | $0.00 | $917.00 |
| FEE | Mark J. Conway 502 South Blakely Street Dunmore, PA 18512 <2100-000 Trustee Compensation>, 200 | Administrative 09/14/22 | | $4,650.00 $4,650.00 | $0.00 | $4,650.00 |
| TE | Robert P. Sheils, Jr. 108 N. Abington Rd. Clarks Summit, PA 18411 <2200-000 Trustee Expenses>, 200 | Administrative 03/21/22 | | $95.55 $95.55 | $0.00 | $95.55 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

**Case: 15-04083 JOHN P. MELCHIOR**

Claims Bar Date: 04/20/16

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 25 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Philadelphia , PA 19101-7346<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br>Valid | Priority<br>05/18/16 | | $13,507.00<br>$13,507.00 | $0.00 | $13,507.00 |
| 1 | Merrick Bank<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville , SC 29603-0368<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>01/20/16 | | $824.60<br>$824.60 | $0.00 | $824.60 |
| 2 | First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>01/28/16 | | $1,579.81<br>$1,579.81 | $0.00 | $1,579.81 |
| 3 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville , SC 29602<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>02/11/16 | | $26,293.53<br>$26,293.53 | $0.00 | $26,293.53 |
| 4 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville , SC 29602<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>02/24/16 | | $359.82<br>$359.82 | $0.00 | $359.82 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C
## Analysis of Claims Register

**Case: 15-04083 JOHN P. MELCHIOR**

Claims Bar Date: 04/20/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Wells Fargo Bank, NA<br>MAC Q21342-023<br>PO Box 94423<br>DesMoines, IA 50306<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>04/06/16 | | $27,043.41<br>$27,043.41 | $0.00 | $27,043.41 |
| 6 | Bank of America, N.A.<br>Bank of America, N. A.<br>PO BOX 15312<br>Tampa , FL 33631-3785<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid<br>Claim amount amended 9/27/19 | Unsecured<br>04/15/16 | | $27,774.99<br>$27,774.99 | $0.00 | $27,774.99 |
| 7 | Wells Fargo Card Services<br>PO Box 9210<br>Des Moines, IA 50306<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>04/19/16 | | $6,193.38<br>$6,193.38 | $0.00 | $6,193.38 |
| 8 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>04/19/16 | | $237.15<br>$237.15 | $0.00 | $237.15 |
| 9 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk , VA 23541<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>04/20/16 | | $382.64<br>$382.64 | $0.00 | $382.64 |
| 10 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>04/20/16 | | $1,472.16<br>$1,472.16 | $0.00 | $1,472.16 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C
## Analysis of Claims Register

**Case: 15-04083 JOHN P. MELCHIOR**

Claims Bar Date: 04/20/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 | AMEX DSNB<br>PO Box 8218<br>Mason , OH 45040<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620<br>**Valid Tardy Claim** | Unsecured<br>05/17/16 | | $226.00<br>$226.00 | $0.00 | $226.00 |
| 12 | Atlantic Health System<br>PO Box 35610<br>Newark , NJ 07193-5610<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620<br>**Valid Tardy Claim** | Unsecured<br>05/17/16 | | $1,011.00<br>$1,011.00 | $0.00 | $1,011.00 |
| 13 | Bk of Amer<br>PO Box 982238<br>El Paso            , TX 79998<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620<br>**Valid Tardy Claim** | Unsecured<br>05/17/16 | | $21,411.00<br>$21,411.00 | $0.00 | $21,411.00 |
| 14 | Bk of Amer<br>PO Box 982238<br>El Paso, TX 79998<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620<br>**Valid Tardy Claim** | Unsecured<br>05/17/16 | | $1,245.00<br>$1,245.00 | $0.00 | $1,245.00 |
| 15 | Bk of Amer<br>PO Box 982235<br>El Paso, TX 79998<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620<br>**Valid Tardy Claim** | Unsecured<br>05/17/16 | | $3,759.00<br>$3,759.00 | $0.00 | $3,759.00 |
| 16 | Bk of Amer<br>PO Box 982238<br>El Paso , TX 79998<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620<br>**Valid Tardy Claim** | Unsecured<br>05/17/16 | | $3,203.00<br>$3,203.00 | $0.00 | $3,203.00 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

Case: 15-04083 JOHN P. MELCHIOR

Claims Bar Date: 04/20/16

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 17 | Bk of Amer<br>PO Box 982238<br>El Paso , TX 79998<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620<br>Valid Tardy Claim | Unsecured<br>05/17/16 | | $3,587.00<br>$3,587.00 | $0.00 | $3,587.00 |
| 19 | BRCLYSBANKDE<br>P.O. BOX 8803<br>WILMINGTON , DE 19899<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620<br>Valid Tardy Claim | Unsecured<br>05/17/16 | | $5,148.00<br>$5,148.00 | $0.00 | $5,148.00 |
| 20 | BRKSBCBNA<br>P.O. BOX 6497<br>SIOUX FALLS , SD 57117<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620<br>Valid Tardy Claim | Unsecured<br>05/17/16 | | $1,006.00<br>$1,006.00 | $0.00 | $1,006.00 |
| 21 | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620<br>Valid Tardy Claim | Unsecured<br>05/17/16 | | $1,026.00<br>$1,026.00 | $0.00 | $1,026.00 |
| 22 | Chase<br>P.O. Box 15298<br>Wilmington , DE 19850<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620<br>Valid Tardy Claim | Unsecured<br>05/17/16 | | $848.00<br>$848.00 | $0.00 | $848.00 |
| 23 | FIA CS<br>PO BOX 982238<br>EL PASO , TX 79998<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620<br>Valid Tardy Claim | Unsecured<br>05/17/16 | | $9,286.00<br>$9,286.00 | $0.00 | $9,286.00 |

UST Form 101-7-TFR (5/1/2011)

Case 5:15-bk-04083-HWV    Doc 135    Filed 11/10/22    Entered 11/10/22 15:27:37    Desc
Main Document    Page 12 of 16

# Exhibit C

## Analysis of Claims Register

Case: 15-04083 JOHN P. MELCHIOR

Claims Bar Date: 04/20/16

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 24 | Premier Medical Group of the Hudson Valley, PC<br>243 North Road<br>Suite 304<br>Poughkeepsie   , NY 12601-1173<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620<br><br>Valid Tardy Claim | Unsecured<br>05/17/16 | | $74.43<br>$74.43 | $0.00 | $74.43 |
| | | | Case Total: | $28,000.00 | | $183,183.76 |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 15-04083
Case Name: JOHN P. MELCHIOR
Trustee Name: Robert P. Sheils, Jr.

**Balance on hand:** $ 45,404.71

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| Exemption | John P Melchior | 36,000.00 | 36,000.00 | 28,000.00 | 8,000.00 |

Total to be paid to secured creditors: $ 8,000.00
Remaining balance: $ 37,404.71

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Mark J. Conway | 4,650.00 | 0.00 | 4,650.00 |
| Trustee, Expenses - Robert P. Sheils, Jr. | 95.55 | 0.00 | 95.55 |
| Attorney for Trustee Fees - Sheils Law Associates, P.C. | 917.00 | 0.00 | 917.00 |
| Attorney for Trustee, Expenses - Sheils Law Associates, P.C. | 40.80 | 0.00 | 40.80 |
| Attorney for Trustee Fees (Other Firm) - Law Offices of Mark J. Conway, P.C. | 11,890.00 | 0.00 | 11,890.00 |
| Attorney for Trustee Fees (Other Firm) - Law Offices of Mark J. Conway, P.C. | 91.49 | 0.00 | 91.49 |

Total to be paid for chapter 7 administrative expenses: $ 17,684.84
Remaining balance: $ 19,719.87

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 19,719.87

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $13,507.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 25 | Internal Revenue Service | 13,507.00 | 0.00 | 13,507.00 |
| | Total to be paid for priority claims: | | $ | 13,507.00 |
| | Remaining balance: | | $ | 6,212.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $92,161.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Merrick Bank | 824.60 | 0.00 | 55.60 |
| 2 | First National Bank of Omaha | 1,579.81 | 0.00 | 106.50 |
| 3 | PYOD, LLC its successors and assigns as assignee | 26,293.53 | 0.00 | 1,772.52 |
| 4 | PYOD, LLC its successors and assigns as assignee | 359.82 | 0.00 | 24.26 |
| 5 | Wells Fargo Bank, NA | 27,043.41 | 0.00 | 1,823.07 |
| 6 | Bank of America, N.A. | 27,774.99 | 0.00 | 1,872.39 |
| 7 | Wells Fargo Card Services | 6,193.38 | 0.00 | 417.51 |
| 8 | Department Store National Bank | 237.15 | 0.00 | 15.99 |
| 9 | Portfolio Recovery Associates, LLC | 382.64 | 0.00 | 25.79 |
| 10 | Portfolio Recovery Associates, LLC | 1,472.16 | 0.00 | 99.24 |
| | Total to be paid for timely general unsecured claims: | | $ | 6,212.87 |
| | Remaining balance: | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $52,027.03 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 11 | AMEX DSNB | 226.00 | 0.00 | 0.00 |
| 12 | Atlantic Health System | 1,011.00 | 0.00 | 0.00 |
| 13 | Bk of Amer | 21,411.00 | 0.00 | 0.00 |
| 14 | Bk of Amer | 1,245.00 | 0.00 | 0.00 |
| 15 | Bk of Amer | 3,759.00 | 0.00 | 0.00 |
| 16 | Bk of Amer | 3,203.00 | 0.00 | 0.00 |
| 17 | Bk of Amer | 3,587.00 | 0.00 | 0.00 |
| 18 | Bon Secours Community Hospital | 196.60 | 0.00 | 0.00 |
| 19 | BRCLYSBANKDE | 5,148.00 | 0.00 | 0.00 |
| 20 | BRKSBCBNA | 1,006.00 | 0.00 | 0.00 |
| 21 | Chase | 1,026.00 | 0.00 | 0.00 |
| 22 | Chase | 848.00 | 0.00 | 0.00 |
| 23 | FIA CS | 9,286.00 | 0.00 | 0.00 |
| 24 | Premier Medical Group of the Hudson Valley, PC | 74.43 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**

Case 5:15-bk-04083-HWV    Doc 135    Filed 11/10/22    Entered 11/10/22 15:27:37    Desc
Main Document    Page 16 of 16