UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: MELCHIOR, JOHN P. | § § § § | Case No. 15-04083 |
| Debtor(s) | | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Robert P. Sheils, Jr.</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Max Rosenn U.S. Courthouse
197 South Main Street
Room 247
Wilkes-Barre, PA 18701

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 23 days from the mailing of this notice, together with a request for a telephonic hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee application and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>11/15/2022</u>  By: /s/ Robert P. Sheils, Jr.
                              Chapter 7 Trustee

Robert P. Sheils, Jr.
108 N. Abington Rd.
Clarks Summit, PA 18411
(570) 587-2600

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: MELCHIOR, JOHN P. § Case No. 15-04083
§
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of :* | $ 75,000.00 |
| *and approved disbursements of:* | $ 29,595.29 |
| *leaving a balance on hand of[1]:* | $ 45,404.71 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| Exemption | John P Melchior | 36,000.00 | 36,000.00 | 28,000.00 | 8,000.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 8,000.00 |
| Remaining balance: | $ 37,404.71 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Mark J. Conway | 4,650.00 | 0.00 | 4,650.00 |
| Trustee, Expenses - Robert P. Sheils, Jr. | 95.55 | 0.00 | 95.55 |
| Attorney for Trustee Fees - Sheils Law Associates, P.C. | 917.00 | 0.00 | 917.00 |
| Attorney for Trustee, Expenses - Sheils Law Associates, P.C. | 40.80 | 0.00 | 40.80 |
| Attorney for Trustee Fees (Other Firm) - Law Offices of Mark J. Conway, P.C. | 11,890.00 | 0.00 | 11,890.00 |
| Attorney for Trustee Expenses (Other Firm) - Law Offices of Mark J. Conway, P.C. | 91.49 | 0.00 | 91.49 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for chapter 7 administrative expenses: | $ | 17,684.84 |
|  | Remaining balance: | $ | 19,719.87 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|  | Remaining balance: | $ | 19,719.87 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $13,507.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 25 | Internal Revenue Service | 13,507.00 | 0.00 | 13,507.00 |

|  | Total to be paid for priority claims: | $ | 13,507.00 |
|  | Remaining balance: | $ | 6,212.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $92,161.49 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Merrick Bank | 824.60 | 0.00 | 55.60 |
| 2 | First National Bank of Omaha | 1,579.81 | 0.00 | 106.50 |
| 3 | PYOD, LLC its successors and assigns as assignee | 26,293.53 | 0.00 | 1,772.52 |
| 4 | PYOD, LLC its successors and assigns as assignee | 359.82 | 0.00 | 24.26 |
| 5 | Wells Fargo Bank, NA | 27,043.41 | 0.00 | 1,823.07 |
| 6 | Bank of America, N.A. | 27,774.99 | 0.00 | 1,872.39 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 7 | Wells Fargo Card Services | 6,193.38 | 0.00 | 417.51 |
| 8 | Department Store National Bank | 237.15 | 0.00 | 15.99 |
| 9 | Portfolio Recovery Associates, LLC | 382.64 | 0.00 | 25.79 |
| 10 | Portfolio Recovery Associates, LLC | 1,472.16 | 0.00 | 99.24 |

Total to be paid for timely general unsecured claims: $ 6,212.87
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $52,027.03 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 11 | AMEX DSNB | 226.00 | 0.00 | 0.00 |
| 12 | Atlantic Health System | 1,011.00 | 0.00 | 0.00 |
| 13 | Bk of Amer | 21,411.00 | 0.00 | 0.00 |
| 14 | Bk of Amer | 1,245.00 | 0.00 | 0.00 |
| 15 | Bk of Amer | 3,759.00 | 0.00 | 0.00 |
| 16 | Bk of Amer | 3,203.00 | 0.00 | 0.00 |
| 17 | Bk of Amer | 3,587.00 | 0.00 | 0.00 |
| 18 | Bon Secours Community Hospital | 196.60 | 0.00 | 0.00 |
| 19 | BRCLYSBANKDE | 5,148.00 | 0.00 | 0.00 |
| 20 | BRKSBCBNA | 1,006.00 | 0.00 | 0.00 |
| 21 | Chase | 1,026.00 | 0.00 | 0.00 |
| 22 | Chase | 848.00 | 0.00 | 0.00 |
| 23 | FIA CS | 9,286.00 | 0.00 | 0.00 |
| 24 | Premier Medical Group of the Hudson Valley, PC | 74.43 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid for tardily filed general unsecured claims: $          0.00
Remaining balance:                                           $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $          0.00
Remaining balance:                          $          0.00


Robert P. Sheils, Jr.:  /s/ Robert P. Sheils, Jr.
                         Chapter 7 Trustee

Robert P. Sheils, Jr.
108 N. Abington Rd.
Clarks Summit, PA 18411
(570) 587-2600


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOHN P MELCHIOR

CASE NO: 15-04083

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 11/15/2022, a copy of the following documents, described below,

HA-Sheils_15-04083_Melchior_NFR

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/15/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Robert Sheils, Jr, Chapter 7 Trustee
Sheils Law Office
108 N. Abington Rd.
Clarks Summit, PA  18411

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 15-04083<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>TUE NOV 15 8-16-56 PST 2022 | ~~(U)BANK OF AMERICA  NA~~ | MEB LOAN TRUST IV<br>CO STERN  EISENBERG  PC<br>1581 MAIN STREET<br>SUITE 200<br>THE SHOPS AT VALLEY SQUARE<br>WARRINGTON  PA 18976-3403 |
| | EXCLUDE | EXCLUDE |
| MERCEDESBENZ FINANCIAL SERVICES USA LLC<br>CO BK SERVICING  LLC<br>PO BOX 131265<br>ROSEVILLE  MN 55113-0011 | ~~(U)SPECIALIZED LOAN SERVICING   LLC~~ | ~~US BANKRUPTCY COURT~~<br>~~MAX ROSENN US COURTHOUSE~~<br>~~197 SOUTH MAIN STREET~~<br>~~WILKES-BARRE  PA 18701-1500~~ |
| AMEX DSNB<br>PO BOX 8218<br>MASON  OH 45040-8218 | ATLANTIC HEALTH SYSTEM<br>PO BOX 35610<br>NEWARK  NEW JERSEY 07193-5610 | BK OF AMER<br>9000 SOUTHSIDE BLVFL96000215<br>FL9-600-02-15<br>JACKSONVILLE  FL 32256-0793 |
| (P)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BK OF AMER<br>PO BOX 982238<br>EL PASO  TX 79998-2238 | BRCLYSBANKDE<br>PO BOX 8803<br>WILMINGTON  DE 19899-8803 |
| BRKSBCBNA<br>PO BOX 6497<br>SIOUX FALLS  SD 57117-6497 | BRKSBCBNA<br>PO BOX 6497<br>SIOUX FALLS  SD 57117-6497 | BANK OF AMERICA  NA<br>BANK OF AMERICA  N A<br>PO BOX 31785<br>TAMPA  FL 33631-3785 |
| BON SECOURS COMMUNITY HOSPITAL<br>PO BOX 742791<br>ATLANTA  GEORGIA 30374-2791 | BUCKLEY MADOLE  PC<br>9441 LBJ FREEWAY  SUITE 250<br>DALLAS TX 75243-4640 | (P)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| CITI<br>POB 6241<br>SIOUX FALLS  SD 57117-6241 | (P)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | DEPARTMENT STORE NATIONAL BANK<br>CO QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND  WA  98083-0657 |
| | | EXCLUDE |
| FIA CS<br>PO BOX 982238<br>EL PASO  TX 79998-2238 | (P)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 | ~~(D)(P)FIRST NATIONAL BANK OF OMAHA~~<br>~~1620 DODGE ST~~<br>~~STOP CODE 3113~~<br>~~OMAHA NE 68102-1593~~ |
| (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | MEB LOAN TRUST IV<br>CO SELECT PORTFOLIO SERVICING  INC<br>3217 S DECKER LAKE DR<br>SALT LAKE CITY  UT 84119-3284 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE  SC 29603-0368 | MERRICK BK<br>POB 9201<br>OLD BETHPAGE  NY 11804-9001 | MERS<br>PO BOX 202<br>FLINT  MICHIGAN 48501-0202 |
| MERCEDES BENZ FINANCIAL<br>PO BOX 997542<br>SACRAMENTO  CALIFORNIA 95899-7542 | ~~EXCLUDE~~<br>~~(D)MERCEDESBENZ FINANCIAL SERVICES USA~~<br>~~LLC~~<br>~~CO BK SERVICING  LLC~~<br>~~PO BOX 131265~~<br>~~ROSEVILLE  MN 55113-0011~~ | NATIONSTAR<br>350 HIGHLAND<br>HOUSTON  TX 77009-6623 |
| PYOD  LLC ITS SUCCESSORS AND ASSIGNS AS ASSI<br>OF CITIBANK  NA<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE  SC 29602-9008 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PREMIER MEDICAL GROUP OF THE HUDSON VALL<br>243 NORTH ROAD SUITE 304<br>POUGHKEEPSIE  NEW YORK 12601-1173 |
| PREMIER MEDICAL GROUP OF THE HUDSON VALLEY<br>243 NORTH ROAD<br>SUITE 304<br>POUGHKEEPSIE  NY 12601-1173 | SYNCBCARECR<br>CO PO BOX 965036<br>ORLANDO  FL 32896-0001 | SYNCBWALMAR<br>PO BOX 965024<br>EL PASO  TX 79998 |
| THDCBNA<br>PO BOX 6497<br>SIOUX FALLS  SD 57117-6497 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~228 WALNUT STREET  SUITE 1190~~<br>~~HARRISBURG  PA 17101 1722~~ | WELLS FARGO<br>CREDIT BUREAU DISPPO BOX 14517<br>PO BOX 14517<br>DES MOINES  IA 50306-3517 |
| WELLS FARGO BANK  NA<br>MAC F823502F<br>PO BOX 10438<br>DES MOINES  IA 50306-0438 | WFPCM<br>PO BOX 94435<br>ALBUQUERQUE  NM 87199-4435 | WELLS FARGO CARD SERVICES<br>1 HOME CAMPUS 3RD FLOOR<br>DES MOINES  IA 50328-0001 |
| JOHN J MARTIN<br>LAW OFFICES JOHN J MARTIN<br>1022 COURT STREET<br>HONESDALE  PA 18431-1925 | DEBTOR<br>JOHN P MELCHIOR<br>101 AZALEA COURT<br>MILFORD  PA 18337-7148 | ROBERT P SHEILS  JR (TRUSTEE)<br>SHEILS LAW ASSOCIATES  PC<br>108 NORTH ABINGTON ROAD<br>CLARKS SUMMIT  PA 18411-2505 |