UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
MELCHIOR, JOHN P.

Case No. 15-04083

Debtor

**APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES**

    1.    Applicant was appointed trustee of this bankruptcy estate on 09/23/2015.

    2.    Applicant has performed all duties of the trustee as prescribed by Section 704 of the Bankruptcy Code.

    3.    Applicant requests compensation in the amount of $4,650.00 for such services performed in accordance with Section 704 of the Bankruptcy Code.

    4.    Applicant certifies that the amount requested is not in excess of the limitations prescribed by Section 326 of the Bankruptcy Code.

    5.    Applicant requests reimbursement in the amount of $95.55 for actual and necessary expenses incurred during the administration of this bankruptcy estate.

    6.    COMPUTATION OF COMPENSATION

    Total disbursement to parties in interest, EXCLUDING DISBURSEMENT TO THE DEBTOR, are $39,000.00. Pursuant to Section 326 of the Bankruptcy Code, compensation is computed as follows:

Percentages Used for Cases Filed after 10/23/94:

| | | | |
|---|---|---|---|
| 25% on 1st | $ 5,000 | = | $ 1,250.00 |
| 10% on next | $ 45,000 | = | $ 3,400.00 |
| 5% on next | $ 950,000 | = | $ 0.00 |
| 3% on balance over | $ 1,000,000 | = | $ 0.00 |
| Total Compensation | | = | $ 4,650.00 |

    7.    TRUSTEE EXPENSES ITEMIZATION

| Description of Expense | Amount of Expense |
|---|---|
| Travel | $ 0.00 |
| Copies | $ 45.90 |

| | | |
|---|---|---|
| Postage | $ | 28.05 |
| Telephone | $ | 0.00 |
| Clerical | $ | 0.00 |
| Paralegal | $ | 0.00 |
| Supplies | $ | 0.00 |
| Distribution Expenses | $ | 21.60 |
| Professional Expenses | $ | 0.00 |
| Other | $ | 0.00 |

WHEREFORE, Applicant requests approval of the payment of compensation in the amount of $4,650.00 and reimbursement of expenses in the amount of $95.55.

Dated: 9/23/2022

/s/ Robert P. Sheils, Jr.
Robert P. Sheils, Jr.
Trustee

**Case Number:** 15-04083     **Case Name:** JOHN P. MELCHIOR

**Case Type:** Asset     **Judge:** HENRY W. VAN ECK

| Name | Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| SHEILS, ROBERT, Trustee | 07/22/21 | Trustee Time | Review Notice of Appointment | 0.10 | -- | -- |
| | 08/03/21 | Trustee Time | Review Order Approving Settlement | 0.20 | -- | -- |
| | 08/10/21 | Trustee Time | Confirm receipt of wired funds from prior Trustee | 0.20 | -- | -- |
| | 08/31/21 | Trustee Time | review application to retain attorney for trustee | 0.20 | -- | -- |
| | 08/31/21 | Trustee Time | review application to employ | 0.20 | -- | -- |
| | 08/31/21 | Trustee Time | conference with counsel regarding case and telephone call with Trustee Conway | 0.50 | -- | -- |
| | 09/08/21 | Trustee Time | Review Order Retaining SLA | 0.10 | -- | -- |
| | 09/10/21 | Trustee Time | Monthly Bank Reconciliation | 0.20 | -- | -- |
| | 10/10/21 | Trustee Time | Monthly Bank Reconciliation | 0.20 | -- | -- |
| | 11/10/21 | Trustee Time | Monthly Bank Reconciliation | 0.20 | -- | -- |
| | 11/12/21 | Trustee Time | conference with counsel regarding correspondence received from Debtor's attorney re payment of exemption | 0.20 | -- | -- |
| | 11/15/21 | Trustee Time | Quarterly Case Review | 0.20 | -- | -- |
| | 12/07/21 | Trustee Time | conference with counsel regarding correspondence received from Ms. Norvillis and status of fee application | 0.20 | -- | -- |

# Trustee Timesheet Report
## Trustee: Robert P. Sheils, Jr. (580490)
## Period: 07/22/14 - 07/10/22

| Name | Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| | 12/08/21 | Trustee Time | Review fee application of Attorney for Trustee | 0.20 | -- | -- |
| | 12/10/21 | Trustee Time | Monthly Bank Reconciliation | 0.20 | -- | -- |
| | 01/10/22 | Trustee Time | Monthly Bank Reconciliation | 0.20 | -- | -- |
| | 02/10/22 | Trustee Time | Monthly Bank Reconciliation | 0.20 | -- | -- |
| | 02/15/22 | Trustee Time | Quarterly Case Review | 0.20 | -- | -- |
| | 03/10/22 | Trustee Time | Monthly Bank Reconciliation | 0.20 | -- | -- |
| | 03/28/22 | Trustee Time | review fee application | 0.20 | -- | -- |
| | 04/01/22 | Trustee Time | Review fee application of Attorney for Successor Trustee | 0.20 | -- | -- |
| | 04/10/22 | Trustee Time | Monthly Bank Reconciliation | 0.20 | -- | -- |
| | 04/20/22 | Trustee Time | Calculate and issue bond disbursement | 0.30 | -- | -- |
| | 04/27/22 | Trustee Time | Review Order Approving Compensation | 0.10 | -- | -- |
| | 04/30/22 | Trustee Time | Issue debtor exemption | 0.30 | -- | -- |
| | 05/10/22 | Trustee Time | Monthly Bank Reconciliation | 0.20 | -- | -- |
| | 05/22/22 | Trustee Time | Quarterly Case Review | 0.20 | -- | -- |
| | 06/10/22 | Trustee Time | Monthly Bank Reconciliation | 0.20 | -- | -- |
| | 06/30/22 | Trustee Time | Issue remaining debtor exemption | 0.30 | -- | -- |
| | 07/10/22 | Trustee Time | Monthly Bank Reconciliation | 0.20 | -- | -- |

**Subtotal for Name: SHEILS, ROBERT, Trustee**     **6.30**     **--**

**Total for case:**     **6.30**     **--**

**Grand Total:**     **6.30**     **--**