| | |
|---|---|
| In re: | Case No. 15-04083-HWV |
| John P. Melchior | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 13, 2022 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Sheils Law Associates, P.C., 108 North Abington Road, Clarks Summit, PA 18411-2505 |
| | + Mark J Conway, Law Offices of Mark J Conway PC, 502 South Blakely Street, Dunmore, PA 18512-2237 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Specialized Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian E Manning | on behalf of Former Trustee Mark J. Conway (Trustee) BrianEManning@comcast.net G17590@notify.cincompass.com |
| Christopher M. McMonagle | on behalf of Creditor MEB Loan Trust IV cmcmonagle@timoneyknox.com bkecf@sterneisenberg.com |
| John J Martin | on behalf of Debtor 1 John P. Melchior jmartin@martin-law.net kmartin@martin-law.net;sseana@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| Joshua I Goldman | on behalf of Creditor Bank of America N.A. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |

| | |
|---|---|
| Raymond M Kempinski | on behalf of Creditor Specialized Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Robert P. Sheils, Jr (Trustee) | rsheils@sheilslaw.com PA41@ecfcbis.com;psheldon@sheilslaw.com;jspottesq@sheilslaw.com;sheils@remote7solutions.com |
| Thomas I Puleo | on behalf of Creditor Bank of America N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

John P. Melchior

| | Debtor 1 | Chapter: | 7 |
|---|---|---|---|
| | | Case No.: | 5:15-bk-04083-HWV |

### ORDER APPROVING COMPENSATION AND DIRECTING PAYMENT OF COURT COSTS

The Trustee having filed the Final Report and Account and Application for Fees in this matter, and there being no outstanding objections thereto,

**IT IS ORDERED**

FIRST: That the Trustee pay the following expenses of administration to the:

U.S. Bankruptcy Court, the following charges:

| | TOTAL |
|---|---|
| COURT COSTS | $0.00 |
| | $0.00 |

SECOND: That **Robert P. Sheils, Jr**, Trustee, hereby is allowed the sum of **$4,650.00** as compensation for his/her services to the estate and the sum of **$95.55** as reimbursement of expenses incurred therewith.

THIRD: That **Sheils Law Associates, P.C., Attorney for Trustee**, having shown cause therefore, be and hereby is allowed the sum of **$917.00** as compensation for their services to the Trustee and the sum of **$40.80** as reimbursement of expenses incurred therewith.

FOURTH: That **Law Offices of Mark J. Conway, P.C., Attorney for Trustee**, having shown cause therefore, be and hereby is allowed the sum of **$11,890.00** as compensation for their services to the Trustee and the sum of **$91.49** as reimbursement of expenses incurred therewith.

Any interim compensation and expenses previously approved by the court are hereby made final by this order.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 13, 2022