UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: MELCHIOR, JOHN P. § Case No. 15-04083
§
§
§
Debtor(s)

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert P. Sheils, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $317,215.92 | Assets Exempt: | $50,600.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $19,719.87 | Claims Discharged Without Payment: | $137,975.65 |
| Total Expenses of Administration: | $19,280.13 | | |

3) Total gross receipts of $75,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $36,000.00 (see **Exhibit 2**), yielded net receipts of $39,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $488,456.44 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $19,280.13 | $19,280.13 | $19,280.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $13,507.00 | $13,507.00 | $13,507.00 | $13,507.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $115,686.03 | $144,188.52 | $144,188.52 | $6,212.87 |
| **TOTAL DISBURSEMENTS** | $617,649.47 | $176,975.65 | $176,975.65 | $39,000.00 |

4) This case was originally filed under chapter 7 on 09/23/2015. The case was pending for 91 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/05/2023    By: /s/ Robert P. Sheils
                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Age Discrim. lawsuit v. NY Life to date of bk. | 1149-000 | $75,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$75,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| John P Melchior | Distribution payment - Dividend paid at 22.22% of $36,000.00; Claim # Exemption; Filed: $36,000.00 | 8100-002 | $8,000.00 |
| JOHN P. MELCHIOR | Debtor Exemption payment; $18,000.00 | 8100-002 | $28,000.00 |
| | Debtor Exemption payment; $10,000.00 | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$36,000.00** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Bk of Amer | 4210-000 | $43,318.00 | NA | NA | NA |
| N/F | Mercedes Benz Financial | 4210-000 | $57,565.44 | NA | NA | NA |
| N/F | Mers | 4110-000 | $25,000.00 | NA | NA | NA |
| N/F | Nationstar | 4110-000 | $362,573.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$488,456.44** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Mark J. Conway | 2100-000 | NA | $4,650.00 | $4,650.00 | $4,650.00 |
| Trustee, Expenses - Robert P. Sheils, Jr. | 2200-000 | NA | $95.55 | $95.55 | $95.55 |
| Attorney for Trustee Fees - Sheils Law Associates, P.C. | 3110-000 | NA | $917.00 | $917.00 | $917.00 |
| Attorney for Trustee, Expenses - Sheils Law Associates, P.C. | 3120-000 | NA | $40.80 | $40.80 | $40.80 |
| Bond Payments - BOND | 2300-000 | NA | $51.57 | $51.57 | $51.57 |
| Bank Service Fees - East West Bank | 2600-000 | NA | $1,036.20 | $1,036.20 | $1,036.20 |
| Bank Service Fees - People's United Bank | 2600-000 | NA | $231.55 | $231.55 | $231.55 |
| Bank Service Fees - People's United Bank | 2600-000 | NA | $251.93 | $251.93 | $251.93 |
| Bank Service Fees - People's United Bank | 2600-000 | NA | $24.04 | $24.04 | $24.04 |
| Attorney for Trustee Fees (Other Firm) - Law Offices of Mark J. Conway, P.C. | 3210-000 | NA | $11,890.00 | $11,890.00 | $11,890.00 |
| Attorney for Trustee Expenses (Other Firm) - Law Offices of Mark J. Conway, P.C. | 3220-000 | NA | $91.49 | $91.49 | $91.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$19,280.13** | **$19,280.13** | **$19,280.13** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25 | Internal Revenue Service | 5800-000 | $13,507.00 | $13,507.00 | $13,507.00 | $13,507.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$13,507.00** | **$13,507.00** | **$13,507.00** | **$13,507.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Merrick Bank | 7100-000 | $794.00 | $824.60 | $824.60 | $55.60 |
| 2 | First National Bank of Omaha | 7100-000 | $1,579.00 | $1,579.81 | $1,579.81 | $106.50 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $26,293.00 | $26,293.53 | $26,293.53 | $1,772.52 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $343.00 | $359.82 | $359.82 | $24.26 |
| 5 | Wells Fargo Bank, NA | 7100-000 | $26,684.00 | $27,043.41 | $27,043.41 | $1,823.07 |
| 6 | Bank of America, N.A. | 7100-000 | NA | $27,774.99 | $27,774.99 | $1,872.39 |
| 7 | Wells Fargo Card Services | 7100-000 | $6,107.00 | $6,193.38 | $6,193.38 | $417.51 |
| 8 | Department Store National Bank | 7100-000 | $5.00 | $237.15 | $237.15 | $15.99 |
| 9 | Portfolio Recovery Associates, LLC | 7100-000 | $382.00 | $382.64 | $382.64 | $25.79 |
| 10 | Portfolio Recovery Associates, LLC | 7100-000 | $1,472.00 | $1,472.16 | $1,472.16 | $99.24 |
| 11 | AMEX DSNB | 7200-000 | $226.00 | $226.00 | $226.00 | $0.00 |
| 12 | Atlantic Health System | 7200-000 | $1,011.00 | $1,011.00 | $1,011.00 | $0.00 |
| 13 | Bk of Amer | 7200-000 | $21,411.00 | $21,411.00 | $21,411.00 | $0.00 |
| 14 | Bk of Amer | 7200-000 | $1,245.00 | $1,245.00 | $1,245.00 | $0.00 |
| 15 | Bk of Amer | 7200-000 | $3,759.00 | $3,759.00 | $3,759.00 | $0.00 |
| 16 | Bk of Amer | 7200-000 | $3,203.00 | $3,203.00 | $3,203.00 | $0.00 |
| 17 | Bk of Amer | 7200-000 | $3,587.00 | $3,587.00 | $3,587.00 | $0.00 |

| # | Creditor | Code | Amount | Allowed | Allowed | Paid |
|---|---|---|---|---|---|---|
| 18 | Bon Secours Community Hospital | 7200-000 | $196.60 | $196.60 | $196.60 | $0.00 |
| 19 | BRCLYSBANKDE | 7200-000 | $5,148.00 | $5,148.00 | $5,148.00 | $0.00 |
| 20 | BRKSBCBNA | 7200-000 | $1,006.00 | $1,006.00 | $1,006.00 | $0.00 |
| 21 | Chase | 7200-000 | $1,026.00 | $1,026.00 | $1,026.00 | $0.00 |
| 22 | Chase | 7200-000 | $848.00 | $848.00 | $848.00 | $0.00 |
| 23 | FIA CS | 7200-000 | $9,286.00 | $9,286.00 | $9,286.00 | $0.00 |
| 24 | Premier Medical Group of the Hudson Valley, PC | 7200-000 | $74.43 | $74.43 | $74.43 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$115,686.03** | **$144,188.52** | **$144,188.52** | **$6,212.87** |

Exhibit 8
Page: 1

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Case No.: 15-04083  
Case Name: MELCHIOR, JOHN P.  
For Period Ending: 04/05/2023

Trustee Name: (580490) Robert P. Sheils, Jr.  
Date Filed (f) or Converted (c): 09/23/2015 (f)  
§ 341(a) Meeting Date: 11/06/2015  
Claims Bar Date: 04/20/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence located at 101 Azalea Court, Milford,<br>Imported from original petition Doc# 1 | 239,319.10 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account at Wells Fargo<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture and Appliances<br>Imported from original petition Doc# 1 | 10,000.00 | 0.00 | | 0.00 | FA |
| 5 | Watches and Jewelry<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Firearms<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | 401k through Prudential - not property of the Ba<br>Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 8 | Age Discrim. lawsuit v. NY Life to date of bk.<br>Order Approving Settlement entered 8/3/21 Doc No 124 | Unknown | 39,000.00 | | 75,000.00 | FA |
| 9 | Age Discrim. lawsuit v. NY Life from bk. forward (u)<br>Imported from Amended Doc#: 57 | Unknown | 0.00 | | 0.00 | FA |
| 10 | 2012 Mercedes S 550 - 175k miles - Surrendering<br>Imported from original petition Doc# 1 | 13,888.00 | 0.00 | | 0.00 | FA |
| 11 | 2016 Mercedes Benz C300 W4 - 450 miles<br>Imported from original petition Doc# 1 | 48,908.82 | 0.00 | | 0.00 | FA |
| 11 | **Assets Totals (Excluding unknown values)** | **$317,215.92** | **$39,500.00** | | **$75,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Prior Trustee's time not included in Fee Application for Successor Trustee.

Initial Projected Date Of Final Report (TFR): 06/30/2023        Current Projected Date Of Final Report (TFR): 09/23/2022 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | |  | | |
|---|---|---|---|---|
| Case No.: | 15-04083 | Trustee Name: | Robert P. Sheils, Jr. (580490) | |
| Case Name: | MELCHIOR, JOHN P. | Bank Name: | Mechanics Bank | |
| Taxpayer ID #: | **-***2786 | Account #: | ******6166 Checking Account | |
| For Period Ending: | 04/05/2023 | Blanket Bond (per case limit): | $6,889,586.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

(No transactions on file for this period)

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 0.00 | 0.00 | $0.00 |
| | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | Subtotal | | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $0.00 | $0.00 | |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| | | |
|---|---|---|
| Case No.: 15-04083 | Trustee Name: | Robert P. Sheils, Jr. (580490) |
| Case Name: MELCHIOR, JOHN P. | Bank Name: | People's United Bank |
| Taxpayer ID #: **-***2786 | Account #: | ******1604 Checking Account |
| For Period Ending: 04/05/2023 | Blanket Bond (per case limit): | $6,889,586.00 |
| | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/25/21 | {8} | NEW YORK LIFE INSURANCE COMPANY | GROSS SETTLEMENT FOMR NY LIFE INSURANCE CO. | 1149-000 | 75,000.00 | | 75,000.00 |
| 03/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 24.04 | 74,975.96 |
| 04/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 120.16 | 74,855.80 |
| 05/28/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 111.97 | 74,743.83 |
| 06/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 131.77 | 74,612.06 |
| 07/30/21 | | People's United Bank | BANK & TECHNOLOGY SERVICES FEE | 2600-000 | | 119.58 | 74,492.48 |
| 08/10/21 | | Transfer Debit | Transfer To Successor Trustee | 9999-000 | | 74,492.48 | 0.00 |
| | | **COLUMN TOTALS** | | | 75,000.00 | 75,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 74,492.48 | |
| | | **Subtotal** | | | 75,000.00 | 507.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $75,000.00 | $507.52 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Case 5:15-bk-04083-HWV  Doc 142  Filed 04/19/23  Entered 04/19/23 13:45:44  Desc
Main Document  Page 10 of 13

Exhibit 9
Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 15-04083 | Trustee Name: | Robert P. Sheils, Jr. (580490) |
|---|---|---|---|
| Case Name: | MELCHIOR, JOHN P. | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***2786 | Account #: | ******0092 Checking Account |
| For Period Ending: | 04/05/2023 | Blanket Bond (per case limit): | $6,889,586.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/10/21 | | Transfer from People's United | INCOMING WIRE | 9999-000 | 74,492.48 | | 74,492.48 |
| 08/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 83.57 | 74,408.91 |
| 09/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 119.25 | 74,289.66 |
| 10/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 115.09 | 74,174.57 |
| 11/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 126.80 | 74,047.77 |
| 12/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 122.63 | 73,925.14 |
| 01/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 114.53 | 73,810.61 |
| 02/28/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 110.42 | 73,700.19 |
| 03/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 129.94 | 73,570.25 |
| 04/20/22 | 101 | International Sureties Ltd. | Bond #016026361 | 2300-000 | | 51.57 | 73,518.68 |
| 04/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 113.97 | 73,404.71 |
| 04/30/22 | 102 | JOHN P. MELCHIOR | Debtor Exemption payment | 8100-002 | | 18,000.00 | 55,404.71 |
| 06/30/22 | 103 | JOHN P. MELCHIOR | Debtor Exemption payment | 8100-002 | | 10,000.00 | 45,404.71 |
| 12/27/22 | 104 | John P Melchior | Distribution payment - Dividend paid at 22.22% of $36,000.00; Claim # Exemption; Filed: $36,000.00 | 8100-002 | | 8,000.00 | 37,404.71 |
| 12/27/22 | 105 | Sheils Law Associates, P.C. | Distribution payment - Dividend paid at 100.00% of $40.80; Claim # AE; Filed: $40.80 | 3120-000 | | 40.80 | 37,363.91 |
| 12/27/22 | 106 | Law Offices of Mark J. Conway, P.C. | Distribution payment - Dividend paid at 100.00% of $91.49; Claim # ATTY EXP; Filed: $91.49 | 3220-000 | | 91.49 | 37,272.42 |
| 12/27/22 | 107 | Law Offices of Mark J. Conway, P.C. | Distribution payment - Dividend paid at 100.00% of $11,890.00; Claim # ATTY FEE; Filed: $11,890.00 | 3210-000 | | 11,890.00 | 25,382.42 |
| 12/27/22 | 108 | Sheils Law Associates, P.C. | Distribution payment - Dividend paid at 100.00% of $917.00; Claim # ATTY FEE; Filed: $917.00 | 3110-000 | | 917.00 | 24,465.42 |
| 12/27/22 | 109 | Mark J. Conway | Distribution payment - Dividend paid at 100.00% of $4,650.00; Claim # FEE; Filed: $4,650.00 | 2100-000 | | 4,650.00 | 19,815.42 |
| 12/27/22 | 110 | Robert P. Sheils, Jr. | Distribution payment - Dividend paid at 100.00% of $95.55; Claim # TE; Filed: $95.55 | 2200-000 | | 95.55 | 19,719.87 |
| 12/27/22 | 111 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $13,507.00; Claim # 25; Filed: $13,507.00 | 5800-000 | | 13,507.00 | 6,212.87 |
| 12/27/22 | 112 | Merrick Bank | Distribution payment - Dividend paid at 6.74% of $824.60; Claim # 1; Filed: $824.60 | 7100-000 | | 55.60 | 6,157.27 |
| 12/27/22 | 113 | First National Bank of Omaha | Distribution payment - Dividend paid at 6.74% of $1,579.81; Claim # 2; Filed: $1,579.81 | 7100-000 | | 106.50 | 6,050.77 |
| 12/27/22 | 114 | PYOD, LLC its successors and assigns as assignee | Distribution payment - Dividend paid at 6.74% of $26,293.53; Claim # 3; Filed: $26,293.53 | 7100-000 | | 1,772.52 | 4,278.25 |
| | | | Page Subtotals: | | $74,492.48 | $70,214.23 | |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 15-04083 | | Trustee Name: | | Robert P. Sheils, Jr. (580490) | |
| Case Name: | MELCHIOR, JOHN P. | | Bank Name: | | East West Bank | |
| Taxpayer ID #: | **-***2786 | | Account #: | | ******0092 Checking Account | |
| For Period Ending: | 04/05/2023 | | Blanket Bond (per case limit): | | $6,889,586.00 | |
| | | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/27/22 | 115 | PYOD, LLC its successors and assigns as assignee | Distribution payment - Dividend paid at 6.74% of $359.82; Claim # 4; Filed: $359.82 | 7100-000 | | 24.26 | 4,253.99 |
| 12/27/22 | 116 | Wells Fargo Bank, NA | Distribution payment - Dividend paid at 6.74% of $27,043.41; Claim # 5; Filed: $27,043.41 | 7100-000 | | 1,823.07 | 2,430.92 |
| 12/27/22 | 117 | Bank of America, N.A. | Distribution payment - Dividend paid at 6.74% of $27,774.99; Claim # 6; Filed: $27,774.99 | 7100-000 | | 1,872.39 | 558.53 |
| 12/27/22 | 118 | Wells Fargo Card Services | Distribution payment - Dividend paid at 6.74% of $6,193.38; Claim # 7; Filed: $6,193.38 | 7100-000 | | 417.51 | 141.02 |
| 12/27/22 | 119 | Department Store National Bank | Distribution payment - Dividend paid at 6.74% of $237.15; Claim # 8; Filed: $237.15 | 7100-000 | | 15.99 | 125.03 |
| 12/27/22 | 120 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 6.74% of $382.64; Claim # 9; Filed: $382.64 | 7100-000 | | 25.79 | 99.24 |
| 12/27/22 | 121 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 6.74% of $1,472.16; Claim # 10; Filed: $1,472.16 | 7100-000 | | 99.24 | 0.00 |
| | | **COLUMN TOTALS** | | | 74,492.48 | 74,492.48 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 74,492.48 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 74,492.48 | |
| | | Less: Payments to Debtors | | | | 36,000.00 | |
| | | **NET Receipts / Disbursements** | | | $0.00 | $38,492.48 | |

Exhibit 9
Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** 15-04083 | **Trustee Name:** | Robert P. Sheils, Jr. (580490) |
| **Case Name:** MELCHIOR, JOHN P. | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** **-***2786 | **Account #:** | ******0092 Checking Account |
| **For Period Ending:** 04/05/2023 | **Blanket Bond (per case limit):** | $6,889,586.00 |
| | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6166 Checking Account | $0.00 | $0.00 | $0.00 |
| ******1604 Checking Account | $75,000.00 | $507.52 | $0.00 |
| ******0092 Checking Account | $0.00 | $38,492.48 | $0.00 |
| | **$75,000.00** | **$39,000.00** | **$0.00** |